## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

C.W., et al.          v.          ANCHORAGE SCHOOL DISTRICT

THE HONORABLE JOHN W. SEDWICK          CASE NO.   3:06-cv-00009-JWS

Deputy Clerk                           Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

By direction of the Chief Judge, this case is hereby assigned to Hon. Tim M. Burgess for all further proceedings.

DATE: February 13, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]