Bradley D. Owens, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., <br><br>　　　　Plaintiffs <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br>　　　　Defendant | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-cv-00009-JWS |

### ANSWER TO COMPLAINT

Comes now defendant, Anchorage School District (hereinafter "ASD"), by and through its attorneys Jermain, Dunnagan & Owens, P.C., who answers the allegations and claims in plaintiffs' Complaint by responding and defending as follows:

### ALLEGATIONS

1. Defendant admits that this court has jurisdiction over the claims in this action pursuant to 20 U.S.C. §1415(i)(2).

2. Defendant admits that plaintiffs have exhausted the administrative remedies under the Individuals with Disabilities Education Act, 20 U.S.C. §§1400, et seq. (hereinafter the "IDEA"), as to all issues raised and decided by the Hearing Officer in this matter.

3.  Defendant admits that venue is proper in this action under 28 U.S.C. §1391(b) and D. Ak. LR 3.3.

4.  Defendant admits that C.W. is a student with a disability for which he requires special education and related services to access his education, which were offered to him under an individualized education program ("IEP") developed for C.W. by an appropriate IEP team.

5.  Defendant admits the allegations in paragraph 5 of the Complaint.

6.  Defendant admits that the guardian filed a request for a due process hearing under the procedures provided by IDEA claiming that C.W. had been denied a free appropriate public education.

7.  Defendant admits that a due process hearing was held on October 13-14, 2005, before a Hearing Officer appointed by DEED who subsequently issued a Decision on December 13, 2005, which determined, in part, that ASD had provided a free appropriate public education for C.W., but had failed to sufficiently provide transition services to C.W.

8.  All other facts alleged by plaintiffs in the Complaint that are not expressly admitted by defendant in this Answer are denied. Furthermore, many of plaintiffs' factual allegations are outside the administrative record and inappropriate for consideration by the Court in this proceeding under the applicable standard of review.

9.  The scope of review of the claims in this action are prescribed by the provisions of 20 U.S.C. §1415(i)(2)(A) & (B) and the cases that have interpreted and applied these provisions in this Circuit.

Defendant reserves the right to assert any affirmative defenses that may be disclosed through the process of disclosure and discovery under the FRCP.



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**Answer to Complaint**
CW, et al., v. Anchorage School District, 3:06-CV-00009-JWS                                                    Page 2

Wherefore, defendant respectfully requests this Court to review the administrative record and, after giving due weight to the thorough and careful findings made by the Hearing Officer, make an independent judgment based on the preponderance of the evidence in the record and affirm the Decision of the Hearing Officer, thereby denying the relief requested by plaintiffs.

Dated in Anchorage Alaska this 21st day of February 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Bradley D. Owens
Alaska Bar #7610122

CERTIFICATE OF SERVICE

I hereby certify that the above document
was served on the 21st day of February 2006,
via first class mail, prepaid, on:
electronically
Sonja D. Kerr / Meg Allison    skerr@dlcak.org
Disability Law Center of Alaska   mallison@dlcak.org
3330 Arctic Blvd., Suite 102
Anchorage, Alaska  99503

_____
Francis-Wood

3227.1162/114896

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**Answer to Complaint**
CW, et al., v. Anchorage School District, 3:06-CV-00009-JWS                                    Page 3