## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### C.W., et al.    v.    ANCHORAGE SCHOOL DISTRICT

HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                          CASE NO.   3:06-CV-00009-TMB

 Dan Maus

PROCEEDINGS:
**MINUTE ORDER FROM CHAMBERS**          DATE: February 21, 2006

### INITIAL CASE STATUS REPORT / CASE SCHEDULING & PLANNING

            Pursuant to Rules 16(b) and 26(f), FED. R. CIV. P., and D.Ak.
LR 16.1 counsel for all parties must meet within twenty-one (21) days
from service of this order, and execute and file with the court, on or
before twenty-eight (28) days from service of this order, a report as
to the status and discovery needs of this case.  The report must
conform to LCF 26(f), a copy of which is attached.  Older scheduling
and planning report forms are not acceptable.  The required report
form is available online in WordPerfect format on the court's web site
at http://www.akd.uscourts.gov in the forms section.

            In the event that the parties are actively engaged in
substantive settlement negotiations, in lieu of the LCF 26(f)
scheduling and planning report, the parties are to file within the
time specified above for filing the scheduling and conference report,
a joint status report so informing the court.  The settlement
negotiation status report must include the date by which the parties
expect those negotiations to be completed.

(*Insert Atty (or party if pro se) Name, Address,*
*Telephone and Facsimile Numbers and e-mail*
*address*)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| (*Insert Name of Plaintiff*) | ) | |
| Plaintiff(s) | ) | Case No.    (*Insert Case No*) |
| vs | ) | |
| | ) | |
| (*Insert name of Defendant*) | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on (*insert date*) and was attended by:

(*Insert attorney's name*)          attorney for plaintiff (*insert name of party*)

(*Insert attorney's name*)          attorney for defendant (*insert name of party*)

(*Insert attorney's name*)          attorney for defendant (*insert name of party*)

(*Insert attorney's name*)          attorney for defendant (*insert name of party*)

The parties recommend the following:

2.      **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

_____     have been exchanged by the parties

_____     will be exchanged by the parties by (*insert date*)

Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

_____  have been exchanged by the parties

_____  will be exchanged by the parties by (*insert date*)

3.    **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

(*insert contested issues*)

4.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

(*Insert discovery issues*)

B. All discovery commenced in time to be completed by (*insert date*) ("discovery close date").

C.  Limitations on Discovery.

1.    Interrogatories

_____  No change from F.R.Civ.P. 33(a)

_____  Maximum of _____ by each party to any other party.

Responses due in _____ days.

2.    Requests for Admissions.

_____  No change from F.R.Civ.P. 36(a).

_____  Maximum of _____ requests.

Responses due in _____ days.

3.    Depositions.

_____  No change from F.R.Civ.P. 36(a), (d).

_____ Maximum of _____ depositions by each party.

_____ Depositions not to exceed _____ hours unless agreed to by all parties.

D.    Reports from retained experts.

_____ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

_____ Reports due:

From plaintiff (*insert date*)          From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

_____ Periodically at 60-day intervals from the entry of scheduling and planning order.

_____ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

_____ 45 days prior to the close of discovery.

_____ Not later than (*insert date*)

5.    **Pretrial Motions**.

_____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

_____ Motions under the discovery rules must be filed not later than (*insert date*).

_____ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.    **Other Provisions**:

    A.  ____  The parties do not request a conference with the court before the entry of the scheduling order.

        ____  The parties request a scheduling conference with the court on the following issue(s):

        (*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        ____  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ____  The parties will file a request for alternative dispute resolution not later than (*insert date*).

        ____  Mediation    ____  Early Neutral Evaluation

    C.    The parties ____ do ____ not consent to trial before a magistrate judge.

    D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        ____  All parties have complied ____ Compliance not required by any party

7.    **Trial**.

    A.    The matter will be ready for trial:

        ____  45 days after the discovery close date.

        ____  not later than (*insert date*).

    B.    This matter is expected to take ____ days to try.

    C.    Jury Demanded ____ Yes ____ No

        Right to jury trial disputed? ____ Yes ____ No

Dated:

(Insert Signature Block for Plaintiff's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)

(Insert Signature Block for Defendant's Attorney)