BRADLEY D. OWENS (bradowens@jdolaw.com)
RAYMOND E. GOAD (rgoad@jdolaw.com)
JERMAIN DUNNAGAN & OWENS PC
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| C.W., by and through his guardian, J.M., | ) | |
| Plaintiff(s) | ) | Case No.   3:06-cv-00009 |
| vs | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on March 14, 2005 and was attended by:

| | |
|---|---|
| Sonja D. Kerr | attorneys for plaintiff, C.W. et al. |
| Meg K. Allison | |
| Raymond Goad | attorney for defendant, Anchorage School District |

The parties recommend the following:

**Plaintiff's position** – The Plaintiff believes that discovery is permitted on certain matters and that after discovery consistent with the usual rules of federal procedure, Plaintiffs have the statutory right to file a motion for the Court to accept additional evidence. 20 U.S.C. 1415(i)(2)(C)(ii).

**Defendant's position** – The Defendant position is this matter should be handled through motions filed by the parties, and will oppose any motion to accept additional evidence. Defendant believes that the motion to accept additional evidence should be decided by the Court prior to any discovery being taken.  To the extent the Court orders discovery, the

Defendant agrees to the following:

2.     **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

   ___     have been exchanged by the parties

   _X_     will be exchanged by the parties on or before April 21, 2006.

   ___     Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

   Preliminary witness lists

   ___     have been exchanged by the parties

   _X_     will be exchanged by the parties by April 21, 2006.

3.     **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Plaintiffs' position** - The District has denied C.W. an IEP with measurable goals and a transition plan, and the IHO has failed to award appropriate relief, including reimbursement for past costs of tutoring, and including of tutoring in C.W.'s IEP as part of a meaningful transition plan and or as compensatory education.

**Defendant's position** - The Hearing Officer appropriately determined that the District did not violate the Individuals with Disabilities Education Act by failing to ensure C.W.'s success on the High School Qualifying Exam.  The Hearing Officer provided an appropriate remedy for a transition plan that comports with the IDEA.

4.     **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

   A.     Discovery will be needed on the following issues:

   **Plaintiffs' position**: Discovery is needed with regard to any asserted progress and progress reports produced by the Defendant with regard to C.W., any alleged

evaluations conducted by Defendant of C.W. and any transition assessments or plan developed for C.W.

**Defendant's position** - No additional discovery is needed.

B. All discovery commenced in time to be completed by **June 30, 2006**.

C.  Limitations on Discovery.

    1.  Interrogatories

        X    No change from F.R.Civ.P. 33(a)

        _____    Maximum of _____ by each party to any other party.

        Responses due in _____ days.

    2.  Requests for Admissions.

        X    No change from F.R.Civ.P. 36(a).

        _____    Maximum of _____ requests.

        Responses due in _____ days.

    3.  Depositions.

        _____    No change from F.R.Civ.P. 36(a), (d).

        X    Maximum of  2  depositions by each party. – Plaintiffs' position

        Depositions not to exceed _____ hours unless agreed to by all parties.

D.    Reports from retained experts.

3

  X Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

  Reports due:

  From plaintiff (*insert date*)  From defendant (*insert date*)

E. Supplementation of disclosures and discovery responses are to be made:

  X Periodically at 60-day intervals from the entry of scheduling and planning order.

  As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  45 days prior to the close of discovery.

  X Not later than August 15, 2006

5. **Pretrial Motions**.

  No change from D.Ak. LR 16.1(c).

 The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

 X Motions to amend pleadings or add parties to be filed not later than 20 days after the close of discovery, should discovery provide information necessitating an additional defendant, namely the State of Alaska.

  Motions under the discovery rules must be filed not later than (*insert date*).

4

      X  Motions in limine and dispositive motions must be filed not later than 30 days after the close of discovery.

6. **Other Provisions**:

   A.   X  The parties do not request a conference with the court before the entry of the scheduling order.

         ___ The parties request a scheduling conference with the court on the following issue(s):

   B.     Alternative Dispute Resolution. [D.Ak. LR 16.2]

         X  This matter is not considered a candidate for court-annexed alternative dispute resolution.

         ___ The parties will file a request for alternative dispute resolution not later than (*insert date*).

         ___ Mediation     ___ Early Neutral Evaluation

   C.     The parties ___ do   X  not consent to trial before a magistrate judge.

   D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

         ___ All parties have complied     X  Compliance not required by any party

7. **Trial**.

   A.     The matter will be ready for trial:

         ___

    ___ 45 days after the discovery close date.

     X  not later than October 1, 2006.

 B.  This matter is expected to take    2   days to try.

 C. Jury Demanded    ___ Yes    X No

   Right to jury trial disputed?    ___ Yes    X  No

Dated:  March 21, 2006
             _s/ Sonja D. Kerr (Consent)_____

             Sonja D. Kerr, 0409051
             The Disability Law Center of Alaska
             3330 Arctic Blvd., Suite 220
             Anchorage, AK 99503
             907-565-1002
             907-565-1000 Fax
             skerr@dlcak.org


             s/ Raymond E. Goad_____
             Raymond E. Goad, 0111062
             Jermain Dunnagan & Owens, PC
             3000 A Street, Suite 300
             Anchorage, AK  99503
             907-563-8844
             907- 563-7322 Fax
             rgoad@jdolaw.com