UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
C.W., by and through his        )
guardian, J.M.,                 )
                                )
        Plaintiff(s),           )
                                )
                                )   Case No. 3:06-cv-009 TMB
v.                              )
                                )
ANCHORAGE SCHOOL DISTRICT,      )
                                )
        Defendant.              )
_____ )
```

**NOTICE OF AND ORDER FOR**
**<u>SCHEDULING AND PLANNING CONFERENCE</u>**
**(Administrative Appeal)**

      On January 12, 2006, Plaintiffs filed their Complaint and Appeal following the exhaustion of administrative procedures under the Individuals wit Disabilities Education Act, 20 U.S.C. § 1400, et. seq.  Plaintiffs challenge part of an administrative decision arising out of those procedures.  Docket 1.  On February 21, 2006, the clerk issued a standard order calling for a Scheduling and Planning Report.  Docket 6.  The parties filed their Scheduling and Planning Report on March 21, 2006.  Docket 7.

      In light of the fact that this matter involves an administrative appeal, it has come to the court's attention that the Order issued at Docket 6 was issued in error.  The parties are therefore directed as follows:

      In furtherance of the purposes of Rule 16, Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of this court,

IT IS ORDERED:

    That <u>on or before twenty-one (21) days from the date of this order</u>, the parties shall confer with one another as to the following matters:

    (1) for the purpose of agreeing upon a briefing schedule for this administrative appeal.

    (2) the status of the administrative record, regarding its availability, completeness, and arrangements for filing the same with the clerk of court.  If not already accomplished, counsel shall make arrangements for appropriate pagination or other identification of the record in order that it may readily be referred to by the parties in their briefs.  Briefs which do not adequately reference the administrative record will be rejected.

    (3) such matters as are appropriate to this case and report the same to the court.

<u>On or before twenty-eight (28) days from the date of this order:</u>

    The parties shall <u>jointly</u> file an appropriate pleading, reporting to the court the results of their conference as above detailed.

    DATED this 24th day of March, 2006.

    <u>/s/ Timothy Burgess</u>
    Timothy M. Burgess
    United States District Judge