Sonja D. Kerr (AK BAR No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

_____

## JOINT REPORT TO THE COURT AS ORDERED

On March 24, 2006, the Court issued an order concerning scheduling and planning of this case requiring this Joint Report. Counsel have conferred and agreed as follows:

1. The Court should issue the attached order requiring the Department of Education and Early Development and/or its hearing officer, Sheila Gallagher, to submit the administrative record in this case.

2. The parties disagree about the necessity of additional evidence in this matter. Counsel have agreed to the following process:

    1. Plaintiffs shall serve any requested discovery on Defendants by May 15, 2006.

C.W. et al. v. Anchorage School District                                    Page 1 of 2
Case No. A06-009CV (TMB)
Joint Report to the Court

2. Defendants shall forward any objection by letter by May 25, 2006.

3. The proposed discovery and any objections shall be provided to the Court by June 2, 2006.

4. The Court shall hold a prehearing conference with the parties sometime thereafter for discussion about the necessity of additional discovery, the necessity of briefing the issue of additional discovery and related matters.

5. The briefing schedule in this matter will be set at the same conference, and shall be treated in the nature of an appeal.

Dated this 20th day of April, 2006.   Respectfully submitted,

    /s Sonja D. Kerr
Sonja D. Kerr (AK BAR No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Dated this 20th day of April, 2006.       /s Raymond E. Goad (consent)
Raymond E. Goad (AK BAR No. 0111062)
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
907-563-8844
907-565-7322 Fax
rgoad@jdolaw.com

C.W. et al. v. Anchorage School District   Page 2 of 2
Case No. A06-009CV (TMB)
Joint Report to the Court