Sonja D. Kerr (AK BAR No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

_____

## REPORT TO THE COURT AS ORDERED

On June 6, 2006, the Court issued an order concerning scheduling and planning of this case requiring this Report. Plaintiffs submit the following:

1. The Court should issue the attached order requiring the Department of Education and Early Development and/or its hearing officer, Sheila Gallagher, to submit the administrative record in this case.

2. The parties disagree about the necessity of additional evidence in this matter. Plaintiff proposes the following process:

    1. Plaintiffs served requested discovery on Defendants June 16, 2006.

    2. Defendants shall forward any objection by letter by June 26, 2006.

3. The proposed discovery and any objections shall be provided to the Court by July 10, 2006.

4. The Court shall hold a prehearing conference with the parties sometime thereafter for discussion about the necessity of additional discovery, the necessity of briefing the issue of additional discovery and related matters.

5. The briefing schedule in this matter will be set at the same conference, and shall be treated in the nature of an appeal.

Dated this 20th day of June, 2006.    Respectfully submitted,

/s Sonja D. Kerr
Sonja D. Kerr (AK Bar No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Certificate of Service

I hereby certify that on the 20th day
of January 2006, a true and correct
copy of this document was served electronically
on:
Bradley Owens/Ray Goad
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

/s Sonja D. Kerr
Sonja D. Kerr