Sonja D. Kerr (AK BAR No. 0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
|     Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
|     Defendant(s) | ) | |
| | ) | |

_____

## ORDER

The Department of Education and Early Development, and/or its hearing officer, Sheila Gallagher, are hereby ordered to forward to the Court a complete and itemized record of the administrative proceeding by _____.

Dated this ____ day of _____, 2006.      _____

                                                                                  Timothy Burgess
                                                                                  U.S. District Court Judge