Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., <br><br> Plaintiffs <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) )   Case No. 3:06-cv-00009-JWS |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## STATUS REPORT TO THE COURT

The Defendant, Anchorage School District (the "District"), hereby files this response to Plaintiff's Report to the Court dated June 20, 2006.  As a preliminary matter, the District is taken by surprise at the plaintiff's filing of the Report.  The District believed it made arrangements with plaintiff to confer regarding the Status Report.  *See* e-mail correspondence attached as Exhibits A and B.  The District never saw the plaintiff's proposal, nor did plaintiff confer with defendant concerning the substance of the Report prior to its filing on June 20, 2006. Only after filing the Report did plaintiff communicate with the District.  *See* e-mail correspondence attached as Exhibit C.  Accordingly, the District submits the following:

{00126199 }

1. The District agrees that the Court should order the Department of Education and Early Development and/or the independent hearing officer in this case, Sheila Gallagher, to submit the administrative record.

2. The District believes that, under 20 U.S.C. § 1415(i)(2)(A) of the Individuals with Disabilities Education Act, the plaintiff is not entitled to take engage in discovery in this appeal in the absence of authorization by the court. Plaintiff has already propounded discovery requests upon the District in this case.

3. Apart from the necessity of motion practice addressing the opportunity to engage in discovery, other objections to and problems with the current discovery requests include: Plaintiff served a deposition notice for Kimberly Sterne set on for Monday, June 27, 2006. *See* Deposition Notice attached as Exhibit D. The District does not know whether Ms. Sterne was served with a subpoena, and does not know whether Ms. Sterne is even available for a deposition. Plaintiff did not confer with the District at all as to its availability for a deposition.

4. In addition, pursuant to Civil Rules 33 and 34, responses to the Request for Production of Documents and for Interrogatories are required within thirty (30) days of service. Plaintiff's requests cite that time frame. *See* Plf's. First Request for Production of Documents, attached as Exhibit E and Plf's First Set of Interrogatories to Defendant, attached as Exhibit F. The District was served with the requests on June 15, 2006. Assuming for argument's sake that discovery was appropriate in this case, answers would be due on July 14, 2006. Yet plaintiff

Defendant's Response to Plaintiff's Status Report to the Court
*C.W. v. ASD,* Case No. 3:06-cv-00009-JWS
Page 2 of 4

proposes that any responses be provided to the court on July 10, 2006 in his report to the court.

5. In light of the parties' disagreement concerning the process for taking additional evidence and in light of the fact that plaintiff has already propounded discovery in this matter, the District will file a motion to quash the deposition and for a protective order prohibiting the discovery in whole or in part no later than June 26, 2006.

6. The parties can address the necessity of additional discovery through motion practice and any oral argument on the motion to quash and for a protective order.

7. The briefing schedule in this matter shall be treated as a motion governed by the appropriate rules of civil procedure.

Dated in Anchorage Alaska this 21st day of June, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

_____/s/ Raymond E. Goad, Jr. _____
By:   Bradley D. Owens
      Jermain, Dunnagan & Owens, PC
      3000 A Street, Suite 300
      Anchorage, AK 99503
      907- 563-8844
      907-563-7322 (fax)
      bradowens@jdolaw.com
      Alaska Bar #7610122

      Raymond E. Goad, Jr.
      Jermain, Dunnagan & Owens, PC
      3000 A Street, Suite 300
      Anchorage, AK 99503
      907- 563-8844
      907-563-7322 (fax)
      rgoad@jdolaw.com
      Alaska Bar #0111062

Defendant's Response to Plaintiff's Status Report to the Court
*C.W. v. ASD,* Case No. 3:06-cv-00009-JWS
Page 3 of 4

Certificate of Service

I hereby certify that on this
21st  day of June, 2006
I caused to be [ ] hand delivered;
[ ] mailed, US postage prepaid;
[X ] faxed and/or [ ] e-mailed the
foregoing to:

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

___/s/ Raymone E. Goad, Jr._

Defendant's Response to Plaintiff's Status Report to the Court
*C.W. v. ASD,* Case No. 3:06-cv-00009-JWS
Page 4 of 4