# Ray Goad

**From:** Ray Goad
**Sent:** Tuesday, June 20, 2006 11:15 AM
**To:** 'Sonja D. Kerr'
**Cc:** Bradley Owens
**Subject:** C.W. status report

Sonja:

I was out of state from 6/5 until 6/19/06. I also understand from your correspondence dated 6/15/06 that you are out of town untiol the 6/22/06 but that you are checking your e-mail and are available by phone. I am available today and tomorrow to discuss the status report.

Raymond E. Goad, Jr.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Ste. 300
Anchorage, AK 99503
(907) 563-8844

The information contained in this transmittal is confidential, may be subject to attorney-client privilege and is intended only for the use of the recipient named above. If the reader of this information is not the intended recipient, or the employee or agent responsible for delivery of this information to the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please notify the sender immediately by telephone at (907) 563-8844 and delete this message from your system.

EXHIBIT A
Page 1 of 1