**Ray Goad**

| | |
|---|---|
| **From:** | Sonja D. Kerr [skerr@dlcak.org] |
| **Sent:** | Tuesday, June 20, 2006 11:37 AM |
| **To:** | Ray Goad |
| **Subject:** | RE: CHris Wright |

Ray, I'll try to email you a draft in the a.m. and call you around 8'ish your time. If we don't connect, email back your thoughts so we can get it filed.

Thanks

Sonja

EXHIBIT *B*
Page *1* of *1*

1