# Ray Goad

| | |
|---|---|
| **From:** | Sonja D. Kerr [skerr@dlcak.org] |
| **Sent:** | Wednesday, June 21, 2006 10:48 AM |
| **To:** | Ray Goad |
| **Cc:** | Meg Allison |
| **Subject:** | RE: C. Wright |

Hi, Ray.

We sent off the status report last night because it was due the 20th apparently; if there is anything that you object to or wanted to add or change we can send an amendment. I'm on the run and not able to call due to that but we can talk tomorrow.

Sonja

EXHIBIT C
Page 1 of 1

1