SONJA D. KERR (AK BAR NO. 0409051)
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone:    (800) 478-1234/907-565-1002
Email:    akpa@dlcak.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., Plaintiffs | Case No. 306-CV-0009 (TMB) |
| v. | NOTICE OF DEPOSITION KIMBERLY STERNE |
| Anchorage School District, Defendant. | |

## NOTICE OF DEPOSITION

You are hereby notified that plaintiffs, C.W., and his guardian, Jeff Mayrand, by counsel, will take the deposition of Kimberly Sterne, at Disability Law Center, 3330 Arctic Blvd., Suite 103, Anchorage, AK 99503 at 10:00 a.m. on Monday, June 27, 2006 before a notary public or a reporter authorized and qualified to take depositions. The deposition will continue from hour to hour until completion. You are invited to attend and cross-examine.

Dated: June 15, 2006

*Holly Shanknecht* FOK
Sonja D. Kerr, Bar No. 0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
skerr@dlcak.org

C.W. v. ASD
Notice of Sterne Deposition

Page 1 of 2


EXHIBIT D
Page 1 of 2

Certificate of Service

I hereby certify that on the 15th day of June, 2006, a copy of this Complaint was served electronically and by regular U.S. Mail on:

Brad Owens/Ray Goad
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

*Holly Johanknecht* FOR
Sonja D. Kerr