SONJA D. KERR (AK BAR NO. 0409051)
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Email: akpa@dlcak.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through<br><br>his guardian, J.M.,<br>　　　Plaintiffs,<br><br>v.<br><br>Anchorage School District,<br>　　　Defendant. | Case No. 306-CV-00009 (TMB)<br><br>REQUEST FOR PRODUCTION OF DOCUMENTS |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiffs, by counsel, pursuant to Rule 34, request the defendants to produce the following within thirty (30) days from the date of service hereof. Plaintiffs further request defendants to supplement their responses as required by Rule 26(e). For the purpose of clarity and avoiding unnecessary repetition, the terms used throughout these requests for production are defined in plaintiffs' interrogatories to defendants served contemporaneously herewith.

C.W. v. ASD
Pl.1stReq.Production Documents

EXHIBIT E
Page 1 of 6

Page 1 of 6

## REQUEST FOR PRODUCTION

1. All documents in which were documented any special education services that were provided to C.W. by Kimberly Sterne during the school years 2004-2005 and 2005-2006, including but not limited to progress reports and data referred to by Ms. Sterne during her testimony in the underlying administrative hearing of this case.

**RESPONSE:**

2. Any document describing any policy of defendant(s) regarding documentation of special education services that was in effect at any time during the years 2002-2006.

**RESPONSE:**

3. All internal guidelines, manuals, memoranda, policy letters, reports, instructions, or other documentation describing the procedures for documenting the provision of special education services to students that was in effect in the Anchorage School District during the years 2002-2006.

**RESPONSE:**

4. All manuals and other materials provided to supervisory personnel at any level regarding the training of employees concerning the procedures for documenting the provision of special education services to students that were in effect in the Anchorage School District during the years 2002-2006.

**RESPONSE:**


EXHIBIT E
Page 2 of 6

5.      All manuals and other materials provided to employees at any level, regarding the documentation of special education services.

**RESPONSE:**

6.   All internal guidelines, memoranda, manuals, policy letters, reports, instructions or other documentation which describe or otherwise set forth procedures for transition evaluations of students that were in effect in the Anchorage School District.

**RESPONSE:**

7.      Copies of all training records for Jan Dolan, Kimberly Sterne, Greg Hartlieb, Mary DeHoux and Samuel C. Spinella.

**RESPONSE:**

8.      Complete copy of all files, documents and notes concerning C.W. in the possession of or otherwise maintained by any person who has been a member of C.W.'s IEP team during any of the school years starting in 2002 through 2006. This request includes not only all official files, but also any personal files or shadow files maintained by any teacher, administrator or other employee of defendant(s).

**RESPONSE:**

9.      Complete copy of any file, documents, or notes, including emails, concerning C.W. utilized, referred to or relied upon by Mary DeHoux, school psychologist.

**RESPONSE:**

10.     Complete copy of any file, documents, or notes, including emails, concerning C.W. utilized, referred to or relied upon by Samuel Spinella, vice-principal for curriculum.



**RESPONSE:**

11. Any and all documents and/or exhibits you intend to offer into evidence at the trial of this cause.

**RESPONSE:**

12. All notes, documents, sound recordings, memoranda, correspondence, minutes and other documentation of all conversations and meetings or other communication between plaintiffs and Kimberly Sterne, and specifically, any progress reports or data regarding C.W.'s progress in reading, and math areas.

**RESPONSE:**

13. Copies of your document retention/destruction policy.

**RESPONSE:**

14. All insurance policies (including all underlying, excess and "umbrella" coverage) and all other covenants and agreements under which any insurance company, individual or entity may be liable to satisfy part or all of any judgment that may be entered in this action or to indemnify or reimburse you for payments to satisfy the judgment.

**RESPONSE:**

15. The most current resume (showing such information as to degrees received, academic experience, consulting experience, awards, honors, membership in professional societies, principal area of research, teaching experience and publications, etc) for each expert, including but not limited to any of your employees who you believe qualify as experts, whom you anticipate will testify at the trial of this case.

C.W. v. ASD                                                                                              Page 4 of 6
Pl.1stReq.Production Documents



EXHIBIT E
Page 4 of 6

**RESPONSE:**

16.  Your experts' reports and files (including but not limited to correspondence, memoranda, reports, statements, depositions, notes, photographs, video or audio tapes or other documents and artifacts which were received by each of the persons whom you anticipate calling as an expert witness at the trial of this case and which provide a basis of the experts' testimony).

**RESPONSE:**

17.  All notes, logbooks, diaries, journals, scrapbooks, memoranda, correspondence relating to plaintiffs' claim maintained by defendants or employees of defendants, with the exception of communications with your counsel.

**RESPONSE:**

18.  All records and other documentation of the date on which Mr. Samuel Spinella was first requested to become involved in C.W.'s case and notified of the due process hearing request and the need for his testimony there.

**RESPONSE:**

19.  Any and all records, reports, or other documentation relating to complaints of which defendant is aware concerning failure to provide special education to a student that has occurred within the last 10 years.

**RESPONSE:**

20.  Copies of each and every monitoring report, document or communication from the Department of Education and Early Development for the past three monitoring cycles that specifically pertains to the provision of special education services, including but not limited to transition services.

**RESPONSE:**

21. Copies of all documents and items you reviewed in responding to plaintiffs' interrogatories.

**RESPONSE:**

Dated: June 15, 2006

*/s/ Holly Johanknecht FOR*
Sonja D. Kerr, Bar No. 0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
skerr@dlcak.org

*/s/ Holly Johanknecht FOR*
Meg K. Allison, Bar No. 0511091
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
mallison@dlcak.org

Certificate of Service

I hereby certify that on the 15th day of June, 2006, a copy of this Complaint was served electronically and by regular U.S. Mail on:

Brad Owens/Ray Goad
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

*/s/ Holly Johanknecht FOR*
Meg Allison