Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Counsel for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| ANCHORAGE SCHOOL DISTRICT, | ) ) |
| Defendant | ) |

Case No. 3:06-cv-00009-JWS

## MOTION TO QUASH DEPOSITION AND FOR A PROTECTIVE ORDER

The defendant, Anchorage School District (hereinafter "ASD"), by and through its

attorneys Jermain, Dunnagan & Owens, P.C., hereby moves this court for an order quashing the

Notice of Deposition of Kimberly Sterne, served upon ASD's lawyers June 15, 2006. The ASD

also seeks a protective order prohibiting the discovery of documents and interrogatory responses

propounded upon the ASD.

Dated in Anchorage Alaska this 26th day of June, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


        _/s/ Raymond E. Goad, Jr._____
By:    Bradley D. Owens
       Jermain, Dunnagan & Owens, PC

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00126395 }

3000 A Street, Suite 300
Anchorage, AK 99503
907- 563-8844
907-563-7322 (fax)
bradowens@jdolaw.com
Alaska Bar #7610122

Raymond E. Goad, Jr.
Jermain, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503
907- 563-8844
907-563-7322 (fax)
rgoad@jdolaw.com
Alaska Bar #0111062

Certificate of Service

I hereby certify that on this
26th day of June, 2006
I caused to be [ ] hand delivered;
[ ] mailed, US postage prepaid;
[ ] faxed and/or [X ] e-mailed the
foregoing to:

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

_____ /s/ Raymond E. Goad, Jr._

126395

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322