Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., <br><br> Plaintiffs <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-cv-00009-JWS |

### [PROPOSED] ORDER GRANTING MOTION TO QUASH DEPOSITION AND FOR A PROTECTIVE ORDER

Anchorage School District, having moved to quash the deposition of Kimberly Sterne and for a protective order and the judge being fully apprised of the circumstances, the deposition is hereby quashed and protective order is entered prohibiting discovery requested by plaintiff.

DATED _____, 2006.

_____
HON. TIMOTHY M. BURGESS
Judge of the U.S. District Court

{00126439 }

Certificate of Service

I hereby certify that on this
26th day of June, 2006
I caused to be [ ] hand delivered;
[ ] mailed, US postage prepaid;
[ ] faxed and/or [x] e-mailed the
foregoing to:

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

   /s/ Raymond E. Goad, Jr.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322