Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs, by and through counsel and hereby give notice and file a motion with the Court to request an extension of time to file their opposition to Defendant's Motion to Quash and for Protective Order and state as follows:

1. On June 26, 2006, Defendant's filed a Motion to Quash and for Protective Order.

2. The due date for Plaintiffs' response to Defendant's Motion to Quash and for Protective Order is July 5, 2006.

3. Plaintiffs' counsel contacted Defendant's counsel on June 30, 2006 to request an extension in which to file their opposition. Defendant's counsel agreed to an extension for Plaintiffs to file their opposition until July 23, 2006.

The Plaintiffs respectfully request that their opposition to Defendant's Motion to Quash and for Protective Order be due no later than July 23, 2006.

Dated this 5th day of July, 2006.     Respectfully submitted,

/s Meg K. Allison
 Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org
Attorney for Plaintiffs

Certificate of Service

I hereby certify that on the 5th day of July, 2006, a copy of this document was served electronically on:
Ray Goad
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

/s Meg K. Allison
Meg K. Allison