Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ALASKA**

| | | |
|---|---|---|
| C.W. et al. | ) | |
|     Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
|     Defendant(s) | ) | |
| | ) | |

_____

**ORDER**

The Plaintiffs' motion for extension of time to file their opposition to Defendant's motion to quash and for protective order is GRANTED. Plaintiffs shall file their opposition no later than July 23, 2006.

Dated this _____ day of July 2006.

_____
Judge Burgess
U.S. District Court Judge