Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

Comes now, Meg K. Allison, and being first duly sworn, deposes and states:

1. I am counsel for Plaintiffs in the above-entitled matter.

2. Plaintiffs' opposition to Defendant's Motion to Quash and for Protective order is due on July 5, 2006.

3. Plaintiffs have exercised due diligence in complying with the Court's deadline and the opposition will be filed no later than July 23, 2006.

4. The Plaintiffs have consulted with opposing counsel and there is no objection by the Defendant. See Exhibit A.

Further affiant saith not.
Dated this 5th day of July 2006.

_____
Subscribed and sworn to before me
this 5th day of July 2006.

Respectfully submitted,

_____
Meg K. Allison

[Notary seal: PATTI FREEMAN, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: December 13, 2009]

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234