# Meg Allison

**From:** Ray Goad [rgoad@jdolaw.com]
**Sent:** Wednesday, July 05, 2006 8:35 AM
**To:** Meg Allison
**Cc:** Bradley Owens
**Subject:** RE: CW

Hi Meg:

This will confirm that I agree to an extension until July 23, 2006 for you to submit a reposnse to the motion to quash and for a protective order.

Ray Goad

-----Original Message-----
From: Meg Allison [mailto:mallison@dlcak.org]
Sent: Monday, July 03, 2006 9:40 AM
To: Ray Goad
Subject: CW

Hi Ray:

Can you stipulate to an extension until July 23rd on the reponse to the motion to quash. I can draft it up in the next day or so and have it available for your review on Wed. It will need to be filed on Wed. Let me know.

Also, I put a call into our client about the amount of reimbursement. I will pass that on once I hear back.

Thanks -
Meg

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.9.9 - Release Date: 7/4/2006

EXHIBIT A
Page 1 of 1