Sonja D. Kerr (0409051)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
skerr@dlcak.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

Comes now, Sonja D. Kerr, and being first duly sworn, deposes and states:

1. I am counsel for Plaintiffs in the above-entitled matter.

2. Plaintiffs wrote counsel for Defendants on May 31, 2006 requesting an extension for discovery until June 16, 2006. A true and correct copy of that letter is attached as Exhibit A.

3. On June 2, 2006, Defendant's counsel granted Plaintiff's request to extend the discovery deadline. A true and correct copy of that letter is attached as Exhibit B.

4. On June 16, 2006, Plaintiffs served Defendant with discovery in this matter. A true and correct copy of that discovery is attached as Exhibit D.

5. Plaintiff has included an excerpt of the transcript from the administrative hearing in this matter. A true and correct copy of the transcript excerpt is attached as Exhibit C.

Respectfully submitted,

*/s/ Sonja D. Kerr*
Sonja D. Kerr

Further affiant saith not.
Dated this 24th day of July 2006

*Cynthia D. Hite*
_____
Subscribed and sworn to before me
this 24th day of July 2006.

[Notary Seal: CYNTHIA D. HITE, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: November 28, 2009]