

**ANCHORAGE**

3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

May 31, 2006

Ray Goad
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503

Re: C.W. v. A.S.D.

Dear Ray:

As you know we had agreed to file any discovery by May 15, 2006. Unfortunately, we did not get our discovery out by that date. Will you agree to a date of June 16, 2006? Please advise.

Very truly yours,

Sonja D. Kerr

Cc: Client

MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS

