# Jermain Dunnagan & Owens, P.C.

LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT
SARAH J. JOSEPHSON

ERIC J. BROWN
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

June 2, 2006

**VIA FACSIMILE**

Sonja D. Kerr, Supervising Attorney
Disability Law Center
3330 Arctic Boulevard, Suite 103
Anchorage, AK 99503-4580

    Re:   C.W. v. A.S.D.

Dear Sonja:

I have no objection to an extension of the discovery deadline until June 16, 2006, in the above-referenced matter.

    Very truly yours,

    JERMAIN, DUNNAGAN & OWENS, P.C.

    Raymond E. Goad, Jr.

REG/