Case 3:06-cv-00009-TMB    Document 21-5    Filed 07/24/2006    Page 1 of 2

tate of Education Case No. 0620                      Due Process Hearing for C.W.

Page 1

1
2
3   State of Education Case No. 0602
4
5
6
7           Anchorage School District
8           Due Process Hearing for C.W.
9
10                       **COPY**
11
12              October 13, 2005
13
14           Disability Law Center
            3330 Arctic Boulevard
15              Suite 103
            Anchorage, Alaska 99503
16
17
            Commencing at 9:00 a.m.
18
19      Volume I - Pages 1 - 234, inclusive
20
21
                                EXHIBIT C
22                              Page 1 of 2
23
24
25  Reported by: Susan J. Warnick, RPR

Case 3:06-cv-00009-TMB    Document 21-5    Filed 07/24/2006    Page 2 of 2

State of Education Case No. 0620                                Due Process Hearing for C.W.

Page 210

```
 1  A  No.
 2  Q  Do you know what vowel digraphs are?
 3  A  Vowel diagraphs.
 4  Q  No.  Vowel digraphs, d-i-g-r-a-p-h-s?
 5  A  No, I can't recall right now.
 6  Q  Do you know what the irregular vowels are?
 7  A  Yes.
 8  Q  Do you teach Chris any irregular vowels?
 9  A  No.
10  Q  Do you know what R-controlled vowels are?
11  A  Yes.
12  Q  Did you teach Chris any R-controlled vowels?
13  A  No.
14  Q  Did you teach Chris any specific prefixes?
15  A  No.
16  Q  Did you teach Chris any specific suffixes?
17  A  No.
18  Q  With respect to this IEP at Exhibit C, would you turn
19     to page nine, please.
20  A  Yes.
21  Q  Exhibit C, page nine, has a goal of reading, which is
22     apply reading comprehension strategies to draw
23     conclusions.  Do you see that?
24  A  Yes.
25  Q  And it says progress reports will be provided each
```

Page 211

```
 1     quarter.  Do you see that?
 2  A  Yes.
 3  Q  Did you provide progress reports each quarter?
 4  A  I believe so, yes.
 5  Q  Do you know where they are?
 6  A  No.  I think the IEP program, when you -- like, a new
 7     IEP, I'm not sure.  I think, actually, that's only when an
 8     IEP in progress.  I'm not sure where they are on here.
 9     They not on here, though.
10  Q  My question is:  Do you know where the progress
11     reports are?
12  A  I would have to look through my paperwork.
13  Q  Did you at any time send a progress report to the
14     central office?
15  A  Personally, no, but they are sent out by our
16     department.
17  Q  So they should have gone to the central office
18     somehow?
19  A  I believe so.
20  Q  Do you know with any certainty whether you did
21     progress reports every quarter for Chris?
22  A  Yes, I did.
23  Q  And what did you use to measure his progress?
24  A  I used -- I measured his progress a lot of different
25     ways.  Through how he was doing in my class, how he was
```

Page 212

```
 1     doing in his general education classes.
 2  Q  Did you take any measurement of his independent
 3     reading at his instructional level as referenced in this
 4     first goal, yes or no?
 5  A  I believe so, yes, I did.
 6  Q  Was that the Slosson?
 7  A  No.  This specific goal states that reading a
 8     selection of Chris's baseline, he would demonstrate
 9     critical thinking strategies and skills by discussing what
10     the student knows about the topics, and what he would like
11     to learn from the reading.  We did that many times in the
12     study skills.  Even with his -- I mean, I can specifically
13     remember sitting down with Chris and discussing a book
14     that he was reading in history or other general education
15     classes, making predictions on the next chapter, what do
16     you think is going to happen.  I specifically remember
17     taking down data on this and discussing it with Chris, so.
18  Q  Do you have any explanation as to why that data isn't
19     anywhere to be found?
20  A  I don't.  I mean, I remember collecting the data.  I
21     don't know why it's not written here.
22  Q  Would you look at the next page, which says Exhibit
23     C, page 10.  Passage at Chris's instructional baseline, we
24     monitor his own reading recognizing when comprehension has
25     broken down.  Do you see that?
```

Page 213

```
 1  A  Yes.
 2  Q  Since you didn't obtain a baseline until you
 3     conducted the Slosson sometime in December of 2004, what
 4     baseline were you using?
 5  A  I was going off of --
 6  Q  The present level of performance in IEP?
 7  A  That, and just from what I had seen in class, yeah.
 8  Q  I'm just asking, okay, 75 percent accuracy at
 9     instructional baseline.  Was 75 percent accuracy at what
10     reading level?  When you started at the beginning of the
11     year, what was it?
12  A  What was Chris's reading level at the beginning of
13     year?
14  Q  What were you using for the instructional baseline,
15     do you know?
16  A  I was probably going off of his -- the 3. -- I would
17     have to look back at exactly what.
18  Q  3.7?
19  A  3.7.
20  Q  So you gave him all materials that were at the 3.7 --
21     approximate 3.7 grade level?
22  A  No, I did not give him all materials.
23  Q  Did you give him any materials that were about the
24     fourth grade level?
25  A  Some of the stuff that we go over in study skills is
```