SONJA D. KERR (AK BAR NO. 0409051)
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone:    (800) 478-1234/907-565-1002
Email:             skerr@dlcak.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| C.W., by and through his guardian, J.M., Plaintiffs, | Case No. 306-CV-00009(TMB) |
| | Notice of Motion and Motion for Voluntary Dismissal |
| v. | |
| Anchorage School District, Defendant. | |

Comes now, C.W., by counsel, and hereby gives notice of filing this motion and moves the Court to permit voluntary Dismissal without prejudice of this case pursuant to FRCP 41 (a)(2) for the following reasons:

1. That at the time of the filing of the appeal and lawsuit, C.W. had not been successful in passing the HSGQE and was not expected to graduate from high school.

2. That subsequent to the filing of the appeal and lawsuit, C.W. passed the HSGQE and graduated from high school and thus his individual claims of a denial of a free appropriate public education *prospectively* may be moot. DiGiorgiov v. Lee, 134 F. 3d 971 (9th Cir. 1998).

3. That as to the *retrospective* reimbursement claims of C.W.'s father, successful prosecution of those claims is dependent upon the ability to obtain additional

      discovery, namely and specifically, the records of progress reports and data referred to by Ms. Sterne during her testimony in the underlying hearing, and or any other documentation of special education services to C.W. during the 2004-2005 and 2005-2006 school year, such information as the Defendants have objected to providing.

4.     Should the Court grant Defendants Motion to Quash and thus deny Plaintiffs access to said information, C.W.'s claim for reimbursement will not be sustainable.

5.     Wherefore, Plaintiffs request that if the Court grants Defendant's Motion to Quash all discovery, that the Court also grant Plaintiffs' Motion for Voluntary Dismissal under the circumstances. *Hells Canyon Preservation Council v. United States Forest Service,* 403 F. 3d 683 (D. Ct. Or. 2005).

Dated this 24th day of July, 2006.       Respectfully submitted,

      /s Sonja D. Kerr
Sonja D. Kerr, Bar No. 0409051
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: 907-565-1002
Fax: 907-565-1000
skerr@dlcak.org

Certificate of Service

I hereby certify that on the 24th day of July, 2006, a copy of this Complaint was served electronically on:
Brad Owens/Ray Goad
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

    /s Sonja Kerr
Sonja D. Kerr