Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| ANCHORAGE SCHOOL DISTRICT, | ) ) |
| Defendant | ) Case No. 3:06-cv-00009-TMB |

## ORDER

Having considered Defendants' unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Defendant my have until August 16, 2006, to file its combined Opposition to Motion for Voluntary Dismissal and Reply to Opposition to Motion to Quash, and Plaintiffs may have until August 28, 2006, to file their Reply to Defendant's Opposition to Motion for Voluntary Dismissal.

DATED this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

{00128105}

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct
copy of the foregoing was served electronically
this 28th day of July, 2006, to the following:

Megan Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503


By:      Raymond Goad