UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ANCHORAGE SCHOOL DISTRICT, )<br>)<br>Defendant ) | Case No. 3:06-cv-00009-TMB |

## ORDER

Having considered Defendants' unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Defendant may have until August 16, 2006, to file its combined Opposition to Motion for Voluntary Dismissal and Reply to Opposition to Motion to Quash, and Plaintiffs may have until August 28, 2006, to file their Reply to Defendant's Opposition to Motion for Voluntary Dismissal.

DATED this 31st day of July, 2006.

/s/ Timothy M. Burgess
_____
Honorable Timothy M. Burgess
U.S. District Court Judge