

## Jermain Dunnagan & Owens, P.C.
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GREGORY C. TAYLOR
GARY C. SLEEPER

AUL R. FRIEDMAN
JIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER

ERIC J. BROWN

SARAH E. JOSEPHSON
MATTHEW SINGER
MARK P. MELCHERT
CHRISTINA OTTO TERENZI
ROBERT E. HENDERSON
MATTHEW K. TEAFORD
BLAIR MARLOWE CHRISTENS

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097
TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

October 5, 2005

**HAND-DELIVERY**

Sonja Kerr
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503

Re:   *In the Matter of C.W.*
      Our File No. 3227.1138

Dear Sonja:

On behalf of the Anchorage School District, and pursuant to the Order issued by the Hearing Officer in the above-referenced matter, I am submitting to you the following disclosure of witnesses and exhibits the School District expects it may present at the October 12, 13 and 14, 2005 hearing:

### Exhibits

**Exhibit 1**   Sylvan Learning Center documents

**Exhibit 2**   Letter from Disability Law Center to Jerry Sjolander, January 3, 2004
Letter from Jeffrey Mayrand to Jan Dolan, Special Education Department, East High School, September 20, 2004
Email between Jan Dolan and Jeffrey Mayrand, November 2004
Teacher notes

**Exhibit 3**   Transcripts (Grade 9 – Grade 12)

**Exhibit 4**   School Psychologist's Summary Report, March 15, 2001

**Exhibit 5**   Compuscore Summary and Score Report, February 25, 2004

**Exhibit 6**   Special Education Referral, January 21, 2004
Consent for Evaluation, January 26, 2004
Prior Written Notice, January 21, 2004
Invitation to Attend a Meeting, January 21, 2004
Evaluation Summary and Eligibility Report, April 2, 2004
Consent for Placement, April 2, 2004

**Exhibit 7**   IEP, April 2, 2004
Prior Written Notice, April 2, 2004
Invitation to Attend a Meeting, April 2, 2004
Invitation to Attend a Meeting, March 16, 2004


EXHIBIT D
Page 1 of 3

Sonja Kerr, Esq.
October 5, 2005
Page 2

| | |
|---|---|
| **Exhibit 8** | HSGQE Documents |
| **Exhibit 9** | Prior Written Notice, December 10, 2004 |
| **Exhibit 10** | Prior Written Notice, October 8, 2004 |
| **Exhibit 11** | IEP, March 29, 2005<br>Prior Written Notice, May 5, 2005<br>Prior Written Notice, March 29, 2005 |
| **Exhibit 12** | Due Process Hearing Request, July 14, 2005 |
| **Exhibit 13** | ASD Response to Due Process Hearing Request, July 22, 2005 |
| **Exhibit 14** | An Overview of the Research Base of PLATO |
| **Exhibit 15** | Technical Paper #3: Instructional Philosophy and Strategic Direction of the PLATO System |
| **Exhibit 16** | Instructional Models: Four Ways to Integrate PLATO into the Curriculum |

**Witnesses**

1. Greg Hartlieb, Special Education, East High School. Mr. Hartlieb will testify regarding transition planning and services offered to C.W.

2. Kim Sterne, Special Education, East High School. Ms. Sterne will testify regarding special education services offered and provided to C.W.

3. Janis Dolan, Special Education Department Chair, East High school. Ms. Dolan will testify regarding special education and other services offered and provided to C.W.

4. Mary DuHoux, School Psychologist, East High School. Ms. DuHoux will testify regarding evaluations given to C.W.

5. Sam Spinella, Curriculum Assistant Principal, East High School. Mr. Spinella will testify regarding the services available at East High School

6. Mike Graham, Principal at East High School. Mr. Graham will testify regarding services available at East High School

7. Cindy Anderson, Director of Secondary Special Education. Ms. Anderson will testify regarding special education and other services offered and provided to C.W.



EXHIBIT D
Page 2 of 3

Sonja Kerr, Esq.
October 5, 2005
Page 3

      The School District reserves the right to use, offer or call any witnesses or exhibits listed by the parents and to call other individuals as witnesses at the hearing who may be necessary for purposes of rebuttal or impeachment. Each of the witnesses above may refer to or use any of the exhibits identified above during the hearing.

                              Very truly yours,

                              JERMAIN DUNNAGAN & OWENS

                              Raymond E. Goad, Jr.

Enclosures: Exhibits as stated herein

Cc:    Sheila Gallagher (w/enclosures)
        Cindy Anderson (w/out enclosures)

3227.1138/109487

EXHIBIT D
Page 3 of 3