## Anchorage School District
P.O. Box 196614, Anchorage, Alaska 99519-6614

# Individual Education Program (IEP)

Page 7

Student's Legal Name: **Wright** (Last) **Christopher** (First) _____ (Middle)

IEP Meeting Date: **Fri, Apr 2, 2004**

### Progress Reports

This page, with progress appropriately noted, may serve as a Progress Report to parents. Parents of children with disabilities must be notified of progress at least as often as parents of children without disabilities. Progress reports must answer two questions:

1. What is the student's progress toward the annual goal?
2. Is progress sufficient for the student to achieve the annual goal by end of IEP period?
   *(if not, IEP Team must review and revise IEP goals and objectives/benchmarks)*

Progress reports will be provided each:  ☑ **Quarter**   ☐ Trimester   ☐ Other

---

**Measurable Annual Goal:** (Reading) Apply reading comprehension strategies to draw conclusions

**Standard Addressed:** ACS; E.A.6, E.B.1, E.B.2, E.D.1 **ASD;** R3.1, R4.1, R4.2, R5.1, R5.2, R6.1, R6.2

| Short Term Instructional Objectives/Benchmarks (Include objective criteria.) | Evaluation Procedure & Schedule |
|---|---|
| 1. Before independently reading a selection at Chris's instructional baseline, he will demonstrate critical thinking strategies and skills by (discussing what the student knows about the topic, what the student would like to learn from the reading, and predictions about the story) with 75% accuracy. | ☐ Test  ☐ Daily<br>☐ Data  ☐ Weekly<br>☑ Work Samples  ☐ Monthly<br>☐ Grade  ☑ Quarterly<br>☑ Observation  ☐ Semester<br>☐ Other  ☐ Other<br>**Persons Responsible** (Including other agencies)<br>General Education Teacher<br>Special Education Teacher |
| **Progress** Date: Result: | Date: Result: | Date: Result: | Date: Result: |

Continued on next page.


EXHIBIT E
Page 1 of 1