STATE OF ALASKA
DEPARTMENT OF EDUCATION AND EARLY DEVELOPMENT
SPECIAL EDUCATION DUE PROCESS HEARING
BEFORE JONATHON A. KATCHER, HEARING OFFICER

IN THE SPECIAL EDUCATION )
MATTER CONCERNING E.H., )
 )
VS. )
 )
FAIRBANKS NORTHSTAR BOROUGH )
SCHOOL DISTRICT. )
_____) DEED CASE NO. HR 05-09b

## ORDER REGARDING PARENTS' REQUEST FOR AN ORDER COMPELLING DISCOVERY

In the attached correspondence the parents have requested the hearing officer to order the district to provide discovery "of all information concerning the District's program of on-going training for all general and special education administrative and instructional personnel, providers of related services, support personnel, including teacher's aides, and, as appropriate, bus drivers and bus aides." For the reasons stated below the parents' request for this discovery is DENIED.

A special education due process hearing officer has discretion regarding the scope of discovery. See authorities cited at page 1 footnote 1 of the district's April 11, 2005 letter.

The parents assert that they are entitled to enforcement of their very broad and general discovery request because the district is required to "provide a program of on-going training for its staff." 4 AAC 52.260. This regulation does not at all

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

ORDER                                                    PAGE 1


EXHIBIT H
Page 1 of 3

suggest to the hearing officer that it is to be used as a rationale for ordering discovery.

The parents also assert that they are entitled to this discovery because their prayer for relief demands that the student be served by staff trained to work with autistic children. The hearing officer is reluctant to use this present discovery dispute to wade into the very challenging area of whether and how a hearing officer may impose a particular methodology upon a district. However, suffice it to say that it is the district's burden to establish that its program can provide the student with FAPE delivered by staff who are competent to give the student educational benefit. The district's training program is not at issue here. The competency of the district's staff whom it proposes to have serve the student may be at issue, but this can be addressed in the context of their individual qualifications and not through a needless exploration of the district's training programs.

Moreover, the parents' discovery request is over broad and would be unduly burdensome for the district to satisfy. The parents seek "all information" regarding "all" staff. Such general dragnet discovery is inconsistent with the expedited nature of a special education due process hearing even when one considers the reality that most hearings take months more than the 45 day requirement. Even if the discovery request was more narrowly focused upon training directed towards autism, or education of the staff who will actually serve this student, it

**ORDER**                                               **PAGE 2**


EXHIBIT H
Page 2 of 3

is not appropriate for purposes of a special education due process hearing.

The parents suggest that past discovery orders compel the granting of the parents' instant demand for discovery. The past situations are readily distinguishable. The deposition of Janice Cleworth was necessary given the emergency due to her imminent departure from the country. Also, the hearing officer specifically reserved judgment on whether any part of the Cleworth deposition would actually be admissible in the hearing. The "deposition" of Special Education Director Eve Lambert in this case is not "discovery" but in fact an extension of the hearing itself, with the hearing officer present and the public invited to attend.

For the reasons stated above the parents' request for an order compelling discovery is DENIED.

DATED this 10 day of April, 2005, at Anchorage, Alaska.

By _____
Jonathon A. Katcher
Hearing Officer

**ORDER**                                           PAGE 3

EXHIBIT H
Page 3 of 3