Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 1 of 9

State of Education Case No. 0602                              Due Process Hearing for C.W.

Page 235

1

2   State of Education Case No. 0602

3

4

5

6           Anchorage School District

7           Due Process Hearing for C.W.

8

9                                          COPY

10

11              October 14, 2005

12

13           Disability Law Center

    3330 Arctic Boulevard

14           Suite 103

    Anchorage, Alaska 99503

15

16

        Commencing at 8:30 a.m.

17

18   Volume II - Pages 235 - 502, inclusive

19

20

21                                     XHIBIT M

22                                     Page 1 of 9

23

24   Reported by: Susan J. Warnick, RPR

25

Case 3:06-cv-00009-TMB    Document 27-12    Filed 08/18/2006    Page 2 of 9

State of Education Case No. 0602                                   Due Process Hearing for C.W.

Page 456

1  A  No.
2  Q  Have you ever been told that Chris Wright -- that the
3  District's view is that the student is not passing the
4  HSGQE because he has declined certain accommodations or
5  modifications? Are you aware of that?
6  A  Yes.
7  Q  Has anyone ever asked you -- anyone from Chris's IEP
8  team or the administrators involved -- ever asked you to
9  counsel Chris or provide Chris self-advocacy or knowledge
10 or skills about accommodations so that he would be more
11 inclined to accept accommodations and modifications?
12 A  Not at this point.
13 Q  Have you ever provided such services to a student?
14 A  Have I provided counseling service to a student?
15 Q  Have you provided counseling services focusing on
16 reasonable accommodations and modifications to a student
17 with an IEP who's having difficulty taking the HSGQE?
18 A  I certainly have counseled students about test-taking
19 strategies and utilizing accommodations in whatever was
20 written on their IEP. So I think that answers your
21 questions, yes.
22 Q  Well, actually, it doesn't. I'm asking kind of a
23 different question. I'm asking -- you have a student in
24 question here who the District asserts is declining some
25 use of some accommodations and modifications. As a

Page 457

1  psychologist, how would you approach that student? What
2  would you do?
3  A  I would encourage them to use the accommodations, if
4  they knew --
5  Q  How would you do that? Would you try to find out why
6  they weren't using them?
7  A  That might be one way.
8  Q  What if the student -- anything else you can do,
9  other than, quote, encourage them?
10 A  Well, talk with them about the benefits of doing it.
11 Q  Have you ever utilized a practice HSGQE with a
12 student, ma'am?
13 A  No, I have not.
14 Q  Have you ever been asked to utilize a practice HSGQE
15 with a student and expose the student to accommodations
16 and modifications during the practice?
17 A  No, I have not.
18 Q  That would be an appropriate way to address the
19 student who's being resistant to accommodations and
20 modifications; wouldn't it?
21 A  It might be.
22    MS. KERR: I don't have anything else. Thank
23 you.
24    HEARING OFFICER: Thank you. Off record.
25    (Off record.)

Page 458

1    HEARING OFFICER: This is your witness, Mr.
2  Goad.
3    Would you swear in the witness and would you
4  please state your full name and spell it for the court
5  reporter.
6    (Witness sworn.)
7    THE WITNESS: Samuel C. Spinella,
8  S-p-i-n-e-l-l-a.
9         EXAMINATION
10 BY MR. GOAD:
11 Q  Mr. Spinella, where are you employed?
12 A  I'm employed with the Anchorage School District at
13 East High School.
14 Q  What position do you hold at East High School?
15 A  Assistant principal for curriculum.
16 Q  How long have you been an assistant principal?
17 A  This is my second year of curriculum.
18 Q  What was your position before that?
19 A  I was the assistant principal for student services.
20 Q  What are your job duties as the assistant principal
21 for curriculum?
22 A  Oversee the curriculum for the school, monitor the
23 progress of the teachers involved. Not solely; there are
24 other assistant principals who do that as well. Evaluate
25 and hire staff. And several other duties as well.

Page 459

1  Q  As the assistant principal for curriculum, are you
2  familiar with educational programs at East?
3  A  Yes, I am.
4  Q  And generally, how do you familiarize yourself with
5  those programs?
6  A  I'm involved in a lot of the development of the
7  programs. If I'm not directly involved with the
8  development of the programs, I read and become acquainted
9  with the programs by becoming involved and looking at the
10 materials that -- in reference to the materials, to the
11 programs.
12 Q  Are you familiar with the exit exam?
13 A  Yes, I am.
14 Q  How are you familiar with the exit exam?
15 A  I became familiar with the exit exam prior to working
16 for the Anchorage School District. Originally, when the
17 first exit exam came out, I worked with Cook Inlet Tribal
18 Counsel. And we were working at identifying the standard
19 to assist the Alaska Native students to become familiar --
20 to be able to pass the exit exam. I -- at that time I
21 became familiar by looking at and analyzing the practice
22 exams that you were available to us through the Alaska
23 Department of Education.
24    Most recently I've been involved by just looking
25 at the practice exams to see what is happening so that our

Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 3 of 9

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 460

1  curriculum can be -- continue to be aligned with the
2  standards.
3       MS. KERR: Can I just interpose an objection?
4       No offense to Mr. Spinella; I'm sure he has
5  great knowledge. But I do interpose an objection. The
6  only indication that was given about Mr. Spinella as far
7  as his testimony was that he was going to testify
8  regarding his services available at East High School,
9  nothing with regard to the high school exit exam. It's
10 not listed on his --
11      HEARING OFFICER: Wouldn't one of the services
12 offered just to East High be the provision of these
13 classes we've been listening about for the last two days,
14 under the broad interpretation of that?
15      MS. KERR: Well, that's really broad.
16      MR. GOAD: Well, I mean, I ask those questions
17 just as background, to ask the question of.
18 BY MR. GOAD:
19 Q  Are there any educational programs at East designed
20 to assist in preparation for the exit exam?
21 A  Yes, there are.
22      MS. KERR: I'm going to object as well to this
23 line of questioning, just because -- as to relevancy, on
24 the basis that what the IDEA requests is an individualized
25 program, not standard canned classes.

Page 461

1       HEARING OFFICER: I think perhaps you'll get
2  there.
3       MR. GOAD: I would think that we would.
4       HEARING OFFICER: So go ahead and ask the
5  question.
6       MR. GOAD: Thank you.
7  BY MR. GOAD:
8  Q  What are the programs?
9       MS. KERR: And can I just ask -- I guess I'll
10 just raise another objection as to foundation as to when.
11 This year? Last year? Year before?
12 BY MR. GOAD:
13 Q  You previously testified that you've been the
14 curriculum principal for the last two years; is that
15 correct?
16 A  Last year and this year.
17 Q  And so last year, did you have any educational
18 programs at East designed to assist in preparation for the
19 HSGQE?
20 A  Yes, we did.
21 Q  And what were they?
22 A  We have HSGQE reading, math -- reading and math
23 programs. They are -- yes, those are the programs we
24 have.
25 Q  Would you describe the HSGQE reading class

Page 462

1  curriculum?
2  A  Curriculum is based on the standards. We use a
3  computerized program, that is PLATO, along with the -- and
4  the PLATO program is aligned to the standards. The other
5  -- there are other characteristics that teachers
6  incorporate in conjunction with the PLATO program as well.
7  Q  Is the HSGQE reading class comprised only of the
8  computer program?
9  A  No, it's not. The teachers supplement other
10 materials as well.
11 Q  Would you describe that supplementation?
12 A  The teachers incorporate reading exercises, having
13 students select different reading materials. They have
14 questions that go along with those reading materials, and
15 they enhance their opportunities for learning using their
16 reading skills.
17 Q  Is it an individualized program based on a student's
18 abilities?
19      MS. KERR: Objection. Leading.
20      HEARING OFFICER: How was the program developed?
21 Were there -- et cetera.
22 BY MR. GOAD:
23 Q  How was the reading curriculum developed?
24 A  The reading curriculum, based on the PLATO program,
25 is -- first of all, it's established according to the

Page 463

1  standards of the exit exam. Because it is an HSGQE
2  program, we establish the curriculum based on the
3  standards that are expected to be passed for the HSGQE.
4  The standards are consistent with the state's standards.
5       The way the students are assigned to their
6  assignments on the program, it begins by an individualized
7  approach whereby the students take an assessment and,
8  based on the assessment, the assignments that are given to
9  the students on the -- in the PLATO program begin their
10 process of practice and learning.
11      HEARING OFFICER: You mean they take an
12 assessment on the computer --
13      THE WITNESS: Yes.
14      HEARING OFFICER: -- before they ever begin to
15 start the program?
16      THE WITNESS: That's right.
17 BY MR. GOAD:
18 Q  Are there any similarities between the subject matter
19 in the reading class and those -- and skill -- well, is
20 there any similarities between the skills taught in the
21 reading class and those needed for the exit exam?
22 A  The skills taught in the reading class -- I'm not a
23 reading specialist.
24      MS. KERR: Objection. The witness has
25 disqualified himself.

Case 3:06-cv-00009-TMB    Document 27-12    Filed 08/18/2006    Page 4 of 9

State of Education Case No. 0602                                  Due Process Hearing for C.W.

Page 464

1    HEARING OFFICER: Yes, that's sustained.
2    BY MR. GOAD:
3    Q   Have you examined --
4        HEARING OFFICER: While Mr. Goad is looking, can
5    I ask you a question about the computer program?
6        THE WITNESS: Sure.
7        HEARING OFFICER: I always wanted to know if it
8    was Pluto or PLATO, but it's PLATO, I know.
9        THE WITNESS: Yes.
10       HEARING OFFICER: Okay. Is the PLATO program
11   tied into the test? Is there any correlation between the
12   people who do the PLATO program --
13       THE WITNESS: No. No.
14       HEARING OFFICER: -- and the people who
15   actually --
16       THE WITNESS: No. No.
17       HEARING OFFICER: Okay. So it's only
18   incidental? Or, I mean, how does the PLATO program --
19       THE WITNESS: There are other programs that can
20   be used --
21       HEARING OFFICER: Besides PLATO?
22       THE WITNESS: -- besides PLATO.
23       HEARING OFFICER: So they don't have a monopoly.
24       THE WITNESS: No. The reason that we have
25   chosen to use the PLATO is because of the research of the

Page 465

1    use of the program and what we saw with the research and
2    what we anticipated could be the results for our students.
3        The PLATO program allows us to identify the
4    state's standards that we need to address for the HSGQE.
5    And by doing so, then we can establish the criteria by
6    which the students can progress.
7    BY MR. GOAD:
8    Q   Generally speaking, have you examined the efficacy of
9    the HSGQE classes in assisting students with the exit
10   exam?
11   A   Yes. As a result of last year's program, I looked at
12   the number of students who -- the number of seniors who
13   were assigned to the HSGQE classes, who worked with the
14   PLATO program. At the beginning of the year we had -- in
15   September, before we had the first HSGQE exam, which was
16   in October, we had 147 twelfth graders who had not passed
17   the exit exam. We assigned those students to the HSGQE
18   program.
19       HEARING OFFICER: This was in 2004?
20       THE WITNESS: Yes, this was in 2004/05, right.
21   We assigned those students to the classes. And
22   the first testing that took place in October, we had 70 of
23   those students who had passed and did not have to take the
24   test any longer.
25       And then we continued with the students in the

Page 466

1    HSGQE program with the PLATO program. And in April, when
2    the test was given, we had 19 students who were not able
3    to pass with a diploma; they received a certificate of
4    achievement.
5        HEARING OFFICER: Did you add students to the
6    program -- if you started out with 147 and 70 passed, that
7    gives you 77.
8        THE WITNESS: Right.
9        HEARING OFFICER: So when you say 19, is that 19
10   of the 77?
11       THE WITNESS: Right, 19 of the 77.
12       HEARING OFFICER: Didn't pass. Thank you.
13       THE WITNESS: Right.
14       And based on that and looking at the students
15   who had difficulty, based on that we feel like the program
16   has been effective.
17       HEARING OFFICER: How many of those students are
18   special education students?
19       THE WITNESS: Two.
20       MS. KERR: Can I just follow up on that before I
21   forget? How many -- I didn't understand your question.
22       HEARING OFFICER: Okay. I was going to go back
23   and --
24       MS. KERR: The ones who passed or the ones who
25   failed?

Page 467

1    HEARING OFFICER: Of the 147 with which you
2    started, how many of those students were under an IEP, do
3    you know?
4    THE WITNESS: Not of the 147, but I think, of
5    the ones in the spring, there were 26 who were under an
6    IEP. That would be of the 70 some. I don't remember -- I
7    don't have the -- I don't remember the data from the
8    original numbers.
9    HEARING OFFICER: Okay. Well, I guess the
10   question I asked you a minute ago was, you started out
11   with 147 last fall --
12   THE WITNESS: Right.
13   HEARING OFFICER: -- the fall of 2004. Seventy
14   students passed.
15   THE WITNESS: Right.
16   HEARING OFFICER: And so then you had 77
17   students left.
18   THE WITNESS: Correct.
19   HEARING OFFICER: And of the 77 students -- so
20   what I'm asking is, I guess: Out of the original 147, how
21   many were under IEPs; and then, out of the 77 who re-took
22   the exam in the spring --
23   THE WITNESS: I don't have -- I don't know the
24   number out of the original.
25   HEARING OFFICER: -- out of the original.

Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 5 of 9

State of Education Case No. 0602                           Due Process Hearing for C.W.

Page 468

1  THE WITNESS: But those left in the spring,
2  there were 26.
3  HEARING OFFICER: Twenty-six of the 77 had IEPs.
4  And then of the 19 of the 77 who did not pass, two of them
5  had IEPs?
6  THE WITNESS: That's right.
7  HEARING OFFICER: Okay.
8  BY MR. GOAD:
9  Q  Do some students use more than one semester of the
10 exit exam class to pass the exit --
11 A  Yes.
12    MR. GOAD: I don't have anything else.
13    HEARING OFFICER: Ms. Kerr?
14    MS. KERR: Yes. I have several things.
15         EXAMINATION
16 BY MS. KERR:
17 Q  Mr. Spinella, are you familiar with or have a working
18 knowledge of the Individuals with Disabilities Education
19 Act? Ever heard of it, worked with it?
20 A  Yes. I'm familiar with it, yes.
21 Q  Do you know what the term "continuum of services"
22 means in special education?
23 A  I couldn't give you a definition of it.
24 Q  Well, if I tell you that the regulation says that the
25 continuum must include instruction in regular classes,

Page 469

1  special classes, special schools, home instruction and
2  instruction in hospitals and institutions, can you please
3  tell me if there are any special schools or home
4  instruction that you offer as part of the continuum?
5  A  At East High School?
6  Q  Yeah, for students at East.
7  A  Special ed. Ask the question again.
8     HEARING OFFICER: Yeah, ask the question again.
9  I didn't get it either.
10 BY MS. KERR:
11 Q  Regular classes, special classes, special classes,
12 home instruction, do you offer any of those?
13 A  We don't have special schools.
14 Q  Would you consider Sylvan Learning Center a special
15 school, a regular school, or what?
16 A  It's a private --
17    MR. GOAD: Objection. Relevance.
18    MS. KERR: Well, our view is that Sylvan
19 Learning Center is essentially a private school, a special
20 private school. And so I'm just asking --
21    MR. GOAD: Outside the scope of the witness's
22 knowledge as well.
23    HEARING OFFICER: Well, I guess I'm not sure
24 where you're going. Ask another question. It maybe will
25 enlighten me and then I'll --

Page 470

1  BY MS. KERR:
2  Q  Are you familiar with Sylvan Learning Center?
3  A  Yes. I mean, familiar with as far as what they do,
4  yes.
5  Q  And what's your understanding what they do?
6  A  They provide tutoring services.
7  Q  And does East High School have any program that is
8  similar to Sylvan Learning Center?
9  A  I have no idea.
10 Q  You have no idea?
11 A  No.
12 Q  Who would know that?
13 A  I haven't investigated or done any research for
14 Sylvan Learning Center, so I don't --
15 Q  Okay. But I'm asking --
16    HEARING OFFICER: That wasn't the question.
17 BY MS. KERR:
18 Q  The question was: Do you have any -- assume -- let's
19 just assume that there's been testimony that what Sylvan
20 Learning Center provides as far as a setting for students
21 is one -- one teacher -- one to two -- one to three kids
22 and direct instruction on reading, writing, math. Okay?
23    Can you tell me, do you have something like that
24 at East?
25 A  Within the special education program, we do.

Page 471

1  Q  Who should provide that then within East? Is that
2  special education?
3  A  Yes.
4  Q  And you don't have any doubt that that's being
5  provided within your high school?
6  A  I have no doubt that it can be done.
7  Q  Would it surprise you to learn that a parent's been
8  -- it's been suggested to a parent that it can't be done?
9  A  Well, the thing -- it cannot be done absolutely? You
10 know, yeah, I would be surprised if it can't be. Because
11 I think there are some things that can be done to help a
12 student individually.
13 Q  So let's assume that you have a student who has
14 failed the HSGQE, all portions, reading, writing math, six
15 times. Okay?
16    Can you assume that, first of all?
17 A  Oh, yeah.
18 Q  Okay. And assume also it's a Native student.
19 A  Okay.
20 Q  Do you have any specific program within East High
21 School for a Native student who's also a special education
22 accident to work on the HSGQE --
23 A  Yeah, we have programs.
24 Q  -- other than your two classes that you talked about?
25 Other than the HSGQE classes.

Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 6 of 9

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 472

1  A   Other than those?
2  Q   Yes.
3  A   First of all -- well, to answer the question, to my
4  recollection, right off the top of my head, no.
5  Q   You would agree with me that, when a student is on an
6  IEP, the idea is to develop for the student an
7  individualized program, correct?
8  A   Okay. Well, individualized for that person, yes.
9  Q   And that individualized program means at times
10 creating a program or a course of study that is unique and
11 might not exist for anybody else at the high school?
12 A   If that's necessary.
13 Q   And so, when you think of your high school, you would
14 agree with me that, if a student needs one to one or one
15 to two or one to three small group instruction for purpose
16 of passing the HSGQE, that can be done at your high
17 school; can't it?
18 A   Yes, we could do that if we had to.
19 Q   And have you ever done that?
20 A   Not to my knowledge.
21 Q   Would that decision be made by the IEP team?
22 A   That's where it would originate.
23 Q   So if the IEP team believed that the only option
24 available for helping a student in the condition I'm
25 describing were the high school exit classes you talked

Page 473

1  about or study skills classes or a regular special ed
2  class, you would agree with me that that team should
3  consider whether or not it can provide the student a
4  smaller setting?
5  A   You know -- well, I need to make a comment here.
6  Q   Okay.
7  A   You're asking me questions that are not specific to
8  individual cases. And I only deal with individual cases,
9  individual situations. We're talking about a very general
10 situation; am I right?
11 Q   Because your testimony was talking about a general
12 situation. But I can make it specific to this student.
13 Assume that this is a student -- he's got average to above
14 average IQ. The school psychologist came in and said
15 that. Okay?
16 A   Yes.
17 Q   He's a child who's Native.
18 A   Okay.
19 Q   He's in his second senior year.
20 A   Okay.
21 Q   He's -- there's no debate that he's failed the high
22 school exam six times. Okay?
23 A   Okay.
24 Q   You would agree with me that the IEP team should at
25 least consider one-to-two or one-to-three instruction for

Page 474

1  a student in that situation? Nothing wrong with
2  considering it, right?
3  A   Nothing wrong with considering it.
4  Q   And if the IEP team were going to consider that, how
5  would the next step work if the team decided that was
6  going to happen?
7  A   As the curriculum principal that took that into
8  consideration, I would ask if they have first used the
9  programs that were available.
10 Q   Okay. Assume the student had taken the PLATO classes
11 that you described, took the math, took the reading.
12 Okay? And assume also that the father had worked with him
13 on practice tests. Okay? And he still hasn't passed.
14 A   How long -- how many times -- how much time was there
15 elapsed between the time that he first took the test and
16 then the amount of time he tried to use the programs that
17 were available to him?
18 Q   He took the test -- he took the classes before he
19 took the test the first time in Anchorage.
20 A   How many times?
21 Q   Twice. He took the classes in the fall of a year and
22 he took the test twice that year.
23 A   Okay.
24 Q   And he's continued to fail the test.
25 A   All right.

Page 475

1  Q   If the IEP team were to consider the option of one to
2  two or one to three, what would be the next step? Who
3  would they have to contact within the school or how does
4  that work?
5  A   They would be talking with the curriculum principal.
6  My response to that would be: We need to look at what's
7  happening with the HSGQE program and the PLATO program,
8  what's being available here, and how we can work with
9  that. Because that's as -- that's pretty well
10 individualized. So we would continue to work with that.
11 And we would try to work with that a little bit longer,
12 more than just two times.
13 Q   Okay. So what would -- how would you change it or
14 what would you do? What information would you need?
15 Would you need this individual assessment that the student
16 has had?
17 A   We would look at that. We would look at the progress
18 that was being made with the HSGQE program, which is all
19 tabulated right there on the -- it's tabulated within the
20 program. So we can go back and see what kind of progress
21 the student was making. We can identify what needs to be
22 reemphasized in the program. Those are the kinds of
23 things that are contained in the program.
24 Q   Suppose that the student and the parent went to the
25 meeting and -- or let me ask you this way: You would

Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 7 of 9

State of Education Case No. 0602                              Due Process Hearing for C.W.

Page 476

1  agree, then, that the IEP team would need the information
2  that you just described to decide to what to do as far as
3  identifying any further individualized program; they'd
4  want to look at that PLATO assessment?
5  A   They could use that information, yes.
6  Q   Would that PLATO assessment tell the IEP team -- give
7  the IEP team specific breakdown of what part of the HSGQE
8  the child is having difficulty with?
9  A   It may correlate with the results of the HSGQE and
10 then the standards that he's having difficulty with. And
11 then it would correlate with the standards from what the
12 PLATO is evaluating or working on.
13 Q   Do you know what level -- what reading level the
14 HSGQE is at as far as the reading test?
15 A   No, I don't.
16 Q   Do you know what level the math is?
17 A   No.
18 Q   Do you know what level the writing is?
19 A   No. The tests are not at grade levels.
20 Q   Well, I agree that they're not at grade level, but do
21 you have any understanding of what grade level you have to
22 have to pass it?
23 A   I don't think it's been identified to have a grade
24 level to be able to pass the test.
25 Q   You're aware that the state is planning to align the

Page 477

1  tenth grade basic standards with the HSGQE for this
2  administration?
3  A   Yes, I do. It hasn't been done yet, though.
4  Q   Okay. And the reason that they're doing that is so
5  that it will be closer to the grade level of tenth grade?
6  A   Right.
7  Q   So do you have any understanding of whether it's less
8  than tenth grade right now?
9  A   It hasn't been established, so I can't -- if I were
10 to say, I would be speculating.
11 Q   Okay. So sitting here today, you don't know what
12 level of reading --
13 A   It's a speculation.
14 Q   I understand it might be. I've just got to finish my
15 question. Okay?
16     So sitting here today, you don't know what level
17 of reading is required for the reading, writing or math?
18 A   No, I don't.
19 Q   Do you know if it's acceptable to have a student --
20 strike that -- it's an acceptable -- is it possible for
21 the state to give a student the modification on the HSGQE
22 of having it read aloud? Can you apply for it, for the
23 student to have the test read aloud?
24 A   Yes, they can.
25 Q   And that can be the entire test, correct?

Page 478

1  A   Yes.
2  Q   With respect to the students who passed or failed who
3  went through the HSGQE last year, do you know -- can you
4  give us any confirmation as to whether those students had
5  failed more than twice?
6  A   If they were seniors last year?
7  Q   Yeah.
8  A   Many of them would have failed more than twice.
9  Q   Do you have any specific knowledge of how many had
10 failed twice and were on IEPs?
11 A   No, I don't.
12 Q   Do you have any idea how many of them had learning
13 disabilities in reading?
14 A   No, I don't.
15 Q   Do you know how many of them had learning
16 disabilities in writing?
17 A   No.
18     HEARING OFFICER: Does somebody know?
19     THE WITNESS: Yeah.
20     HEARING OFFICER: But not you.
21     THE WITNESS: Right. The information is
22 available; I just don't --
23     HEARING OFFICER: Have it.
24     THE WITNESS: -- have it.
25 BY MS. KERR:

Page 479

1  Q   So if I'm understanding your numbers right, and
2  please tell me if I'm incorrect, the students in the
3  spring who have taken the test in the -- test in the fall
4  and in the spring and had taken the HSGQE, they took the
5  HSGQE both semesters last year then?
6  A   Right.
7  Q   And is last year the first year that you did that and
8  kept numbers on that?
9  A   It would have been for me because that was the first
10 year I was curriculum principal.
11 Q   Do you know if they were doing that before?
12 A   I don't know.
13 Q   So we have one year's data on it?
14 A   The only thing I can say about that is that -- I
15 don't know the numbers of -- the number of students that
16 didn't pass, but last year, 2003 and 2004, we only had 14
17 students who didn't -- who received a certificate of
18 achievement. So that means that there would have been
19 only 14 students out of the students who -- out of the
20 twelfth graders who hadn't passed previously, didn't pass.
21 And I don't have the numbers specifically of that year.
22 Q   You don't have any details on that?
23 A   Not the details. It has been -- generally speaking,
24 I could say that it has been consistent with about that --
25 that number has been -- of the last two years, this year

Page 480

1  we have about the same number of students who haven't
2  passed who are going through the same process.
3  Q  Does your school have a specific HSGQE class
4  specifically for students with learning disabilities? In
5  other words, you've taken the classes that you've
6  described and you have more or less turned that into a
7  specific special education HSGQE class.
8  A  Yes, we do. We have -- there are two classes that
9  can incorporate that, who have special ed teachers.
10 Q  Are you referring to study skills classes?
11 A  No.
12 Q  What are the names of those classes?
13 A  Well, we have -- if they're assigned to it, they
14 would be assigned to -- it could be an HSGQE program
15 within the class with those teachers. But they have the
16 computers available to them to use in the classroom.
17 Q  Okay. Well, what I'm asking is: As of last year --
18 let's just say last fall -- was there existing a specific
19 special education class in the HSGQE?
20 A  No, not special education class.
21 Q  Taught by a special education teacher.
22 A  Okay. So -- but there are two rooms that we have who
23 have -- who are special education teachers who are
24 qualified to use the PLATO program for HSGQE class.
25 Q  What are those teachers' names?

Page 481

1  A  Mr. Brown is one and -- last year it was Mr. Hamry
2  (ph). They use the PLATO program.
3  Q  Are they LD teachers, do you know?
4  A  They are special education teachers, learning
5  disability, right.
6  Q  So did any of the students that you -- of the
7  students -- the numbers you were referring to -- I just
8  have one sort of clarifying question -- did you -- of the
9  77 students left in the spring, 26 of them had IEPs; is
10 that correct?
11 A  Yes.
12 Q  And then you said, of the -- 19 of those 77 did not
13 pass.
14 A  Right.
15    HEARING OFFICER: But only two of the 19 were
16 special ed IEP students?
17    THE WITNESS: That's right.
18 BY MS. KERR:
19 Q  Do you know how many of them had 504 plans, sir?
20 A  No, I don't.
21 Q  And do you know -- have you sent out any kind of
22 information, of any kind, to the people who organize IEP
23 meetings suggesting that students with disabilities should
24 take the HSGQE class two times to better ensure their
25 success?

Page 482

1  A  I recommended strongly that they take the HSGQE
2  classes. I haven't put a number on it, but we encourage
3  the students to take these classes as many times as they
4  need to. We have other programs that we try to
5  incorporate as well.
6  Q  What about if the student is also -- strike that.
7     Do you know of any specific situation where you
8  would have been asked to come to an IEP meeting to explain
9  what you just explained here?
10 A  No, I haven't been.
11 Q  Does East have any specific plan to develop a special
12 education program for passage of the HSGQE?
13 A  Not at the present time.
14 Q  Do you know if the -- if an IEP team can substitute a
15 special education class for a required class for a student
16 with disabilities?
17 A  No, I don't.
18 Q  Can an IEP team ask that a student -- can a student
19 who took the HSGQE more than once get credit -- get
20 required credit for that or elective credit?
21 A  They get elective credit.
22 Q  For any time they take it?
23 A  They can get required credit for -- they can get
24 required credit for it as well, just depending on what
25 areas they need the credit for.

Page 483

1  Q  So if a student was short of required credits, you're
2  saying that the student could get required credit by
3  taking the HSGQE class?
4  A  Yes. Because we're requiring the student to take
5  that class in order to prepare for the HSGQE, we wouldn't
6  jeopardize their ability to earn their credit. So they
7  could get their English credit or their math credit for
8  taking that class.
9  Q  So if a student -- and let me follow up on that: So
10 if a student had already taken the HSGQE reading class
11 once and the HSGQE math class once, if they took it again
12 would they still take it -- could they still take it as a
13 required?
14 A  Not a required, no. They'd get elective credit for
15 that.
16 Q  So they can only take it as a required class one
17 time?
18 A  Right. That's how I would look at it, depending on
19 what they were able to do within the program. And if I
20 needed to look at it to evaluate whether it needed more
21 required credit, I would look at the progress of what they
22 had done with the PLATO program to see if they had
23 incorporated more math or English, if they had
24 incorporated more of the -- and developed more of the
25 skills that were necessary to be able to provide

Case 3:06-cv-00009-TMB   Document 27-12   Filed 08/18/2006   Page 9 of 9

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 484

1 opportunity for them to get more credit.
2   Q  So what I hear you saying is, if a student was going
3 to take the HSGQE for a second time, there's a possibility
4 they could take it as a required?
5   A  Yes.
6   Q  And do your teachers or IEP staff people, do they
7 know that?
8   A  I don't know anything about it.
9         MS. KERR:  I don't have anything else.  Thanks.
10        HEARING OFFICER:  I was just a little bit
11 confused about something you just said and maybe I
12 misunderstood you.  Did I hear you say, if the student is
13 required to take the exit exam test, they then can get
14 credit -- I mean, unless you --
15        THE WITNESS:  Not the test.
16        HEARING OFFICER:  You can't require them to --
17        THE WITNESS:  The class.
18        HEARING OFFICER:  The class, yeah.
19        THE WITNESS:  We prescribe it for them.  And we
20 say, this is the expectation or the requirement.  If they
21 choose not to --
22        HEARING OFFICER:  That's what I'm getting at.
23        THE WITNESS:  If they choose not to, then we let
24 them not -- we allow them not to take it.  But if they
25 choose not to, we want to have parent consent that they're

Page 485

1 choosing not to.  And we do ask the parent to sign a
2 release.
3         HEARING OFFICER:  A waiver or something?
4         THE WITNESS:  Right.  But that's what we feel is
5 one of the main ways that we can create an opportunity for
6 the kids to pass.
7         HEARING OFFICER:  I understand that.  I just
8 thought you -- I heard something that you were talking
9 about mandating requirements.
10        THE WITNESS:  By requirement, yeah.  But if they
11 choose not to, we can't --
12        HEARING OFFICER:  Yeah.  Okay.
13 Mr. Goad?
14        MR. GOAD:  Nope.
15        MS. KERR:  Better run while you can.
16        HEARING OFFICER:  Yeah, because I could start
17 asking all sorts of questions, which would only --
18        MR. GOAD:  I have nothing further.
19        HEARING OFFICER:  Do you know -- I can't
20 remember if I asked this question of the parent or not.
21        MR. MAYRAND:  Should I --
22        HEARING OFFICER:  No, you can sit there.
23        I'm always afraid to ask it, but -- I thought
24 it; whether or not I asked it is something else again.
25        If -- and remember, you're still under oath.

Page 486

1         If in fact the test results come out the end of
2 November or the first part of December and it shows that
3 Chris has passed the exit exam, in all three -- hopefully
4 all three levels, but at least in reading, is it your
5 intent then to still continue services at Sylvan?
6         THE WITNESS:  Yes.
7         HEARING OFFICER:  It is.
8         So the main impetus for the services at Sylvan
9 is for his reading ability, not to pass the exam, or is it
10 both?
11        THE WITNESS:  The main reason why we're at
12 Sylvan is because of his reading skills.  I believe that
13 eventually his reading skills will develop to a point
14 where he's capable of passing the exit exam.  I don't know
15 what level that is -- I don't know what reading level the
16 exit exam is, so I really don't know when we're going to
17 achieve that.
18        If it happens to be, you know, now with the
19 October one, I'll be pleased that he passed but a little
20 surprised that the exit exam is at the seventh grade
21 level.  But I will continue to have Chris attend Sylvan
22 until he achieves the twelfth grade level.  At this point
23 that's the -- you know, that's the objective, because I
24 want to him to be able to do other things in his life --
25        MS. KERR:  Oh, sure.

Page 487

1         THE WITNESS:  -- not just pass the exit exam.
2         HEARING OFFICER:  Life does not stop at high
3 school.
4         THE WITNESS:  No, it doesn't.  Mine didn't,
5 anyway.
6         MS. KERR:  Thank God.
7         HEARING OFFICER:  Well, you can't answer this
8 question and I don't know who can.  I think it's
9 interesting that Mr. Spinella doesn't know at what level a
10 student has to be to pass the exit exam.
11        MR. GOAD:  I think that's probably -- and I'm
12 speculating here.  I'm thinking that, if it's anybody,
13 it's got to be somebody at the state or the test company.
14        HEARING OFFICER:  The test company.
15        MR. GOAD:  And I don't know who that is,
16 anymore.  I mean, I knew it was McGraw-Hill at one time --
17        HEARING OFFICER:  But they changed it --
18        MR. GOAD:  -- but they changed it.
19        MS. KERR:  Well, you know, the only thing I can
20 tell you is that I'm certain that that information has
21 been documented by the state, as far as I can tell,
22 because I -- and this isn't really really evidence, but I
23 know that I've had conversations with Les Morris (ph)
24 about their -- the plan to try to make the test closer to
25 the tenth grade levels.  So I know they must know what the