Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 1 of 11

State of Education Case No. 0602                                Due Process Hearing for C.W.

Page 235

1

2  State of Education Case No. 0602

3

4

5

6              Anchorage School District

7              Due Process Hearing for C.W.

8

9                         COPY

10

11              October 14, 2005

12

13              Disability Law Center

               3330 Arctic Boulevard

14                 Suite 103

               Anchorage, Alaska 99503

15

16

               Commencing at 8:30 a.m.

17

18       Volume II - Pages 235 - 502, inclusive

19

20

21

22                                          EXHIBIT O

23                                          Page 1 of 11

24  Reported by:  Susan J. Warnick, RPR

25

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 2 of 11

State of Education Case No. 0602                                                    Due Process Hearing for C.W.

**Page 240**

1  hearsay. Some of them are based on double hearsay. Most
2  of them are based on hearsay, totally.
3       And while I know we accept hearsay in these
4  proceedings, double hearsay gets to be a little much, I
5  think. And Ms. Sterne may or may not testify to them. I
6  don't know. But I'm not going to agree to them until we
7  know.
8       HEARING OFFICER: Whether or not she
9  testifies --
10      MS. KERR: Yeah.
11      MR. GOAD: Well, that's fine. We can wait until
12 that bridge approaches.
13      HEARING OFFICER: Or is.
14      MR. GOAD: Or is crossed, yes, ma'am.
15      HEARING OFFICER: All right. So then, all of
16 the exhibits are entered without exception, with the
17 exception of School District Exhibit 2 and Disability Law
18 Center's Exhibit Y.
19      MR. GOAD: And Exhibit W.
20      HEARING OFFICER: W. Okay?
21      MS. KERR: Fine.
22      HEARING OFFICER: So would you like to proceed?
23      MS. KERR: Yes.
24      HEARING OFFICER: And would you swear in the
25 witness, please.

**Page 241**

1       (Witness sworn.)
2            NANCY ANDERSON
3  BY MS. KERR:
4  Q  Would you state your name and spell it for the court
5  reporter, please.
6  A  Nancy Anderson. N-a-n-c-y, A-n-d-e-r-s-o-n.
7  Q  And by whom are you employed?
8  A  Sylvan Learning Center.
9  Q  And what is your position at Sylvan?
10 A  Director of education.
11 Q  And how long have you held that position?
12 A  Since March of 2004.
13 Q  And could you briefly describe for us what Sylvan
14 center is?
15 A  Sylvan Learning Center uses a diagnostic and
16 prescriptive approach to education and offers
17 individualized lesson plans to bring a student up to
18 speed.
19 Q  Do you need some water?
20 A  Please.
21      MS. ALLISON: I got it.
22 BY MS. KERR:
23 Q  Do you know if Sylvan is accredited by any
24 educational organization?
25 A  I do. They are accredited by NAS and CETA.

**Page 242**

1  Q  Could you tell us what those stand for?
2  A  Northwest Association -- help me out, George.
3       HEARING OFFICER: George can't help you out.
4       THE WITNESS: I can't remember CETA.
5  BY MS. KERR:
6  Q  Of what significance is the fact that Sylvan is
7  accredited by Northwest Association?
8  A  I'm sorry. Can you say that again?
9  Q  Of what significance is it that Sylvan is accredited
10 by Northwest Association. What does that mean?
11 A  Well, it's the same organization that accredits the
12 Anchorage School District.
13 Q  Does the Sylvan center have an arrangement with the
14 Anchorage School District to arrange for high school
15 credit for work done at the center? Do kids get credit
16 for that?
17 A  Absolutely.
18 Q  And does the Anchorage School District from time to
19 time pay for students to be tutored at the center?
20 A  Yes.
21 Q  How old are the students served by the Sylvan
22 Learning Center?
23 A  We have students that range from age from three all
24 the way up to 70-plus years old.
25 Q  Do you have a number of students who are of the high

**Page 243**

1  school age?
2  A  Yes.
3  Q  Are the students who are served at the Sylvan
4  Learning Center all students with disabilities --
5  A  No.
6  Q  -- or is there a mixture?
7  A  Mixture.
8  Q  How long has Sylvan center been in existence here in
9  Anchorage; do you know?
10 A  Over 20 years.
11 Q  Is the instruction at Sylvan Learning Center offered
12 in classes or one to one or how does that work?
13 A  In small groups.
14 Q  How small are the groups?
15 A  Either a three-to-one student/teacher ratio or a
16 two-to-one student/teacher ratio, depending on the age of
17 the student.
18 Q  And within that one to three and one to two, do
19 students receive individual instruction?
20 A  Yes, absolutely.
21 Q  What type of approach or curriculum does Sylvan offer
22 in terms of reading?
23 A  We first start by testing our students, to find out
24 how well they do on a standardized exam. And based on the
25 diagnoses, we then have a prescriptive lesson plan

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 3 of 11

State of Education Case No. 0602                                Due Process Hearing for C.W.

Page 244

1  starting at where they tested and bringing them from
2  there, working their way up, filling in the skill gaps.
3  Q   And I apologize; I meant to ask you this earlier.
4      What is your educational background?
5  A   I have a degree in elementary education. I'm an
6  Alaska state certified teacher.
7  Q   You refer to an initial assessment, and I want to ask
8  you some questions about that with regard to Chris Wright.
9      Do you know Chris?
10 A   Absolutely.
11 Q   And he's been a student at the Sylvan Leaning Center?
12 A   Uh-huh.
13 Q   For the court reporter we have to usually say yes or
14 no.
15 A   Yes.
16 Q   She loves it when we do that.
17     THE REPORTER: Thank you.
18 BY MS. KERR:
19 Q   I want you to look in the District's exhibit book
20 which is before you, Exhibit 1.
21 A   Okay.
22     Do you recognize Exhibit 1 as a document
23 entitled Detail of Diagnostic Assessment for Christopher
24 Wright?
25 A   I do.

Page 245

1  Q   And this is dated October 30th of 2004; is that
2  correct?
3  A   Yes.
4  Q   So that would have been when he was --
5  A   I'm sorry. Can you say that date one more time? I
6  have November 10th, 2004.
7  Q   Are you looking at Exhibit 1?
8  A   The report date was November 10th, 2004; he was
9  assessed on October 30th, 2004.
10 Q   That's what I was going to clarify. The assessment
11 was done the end of October and the report was done in
12 November?
13 A   Yes.
14 Q   When Chris came in, did you know that he was in
15 special education?
16 A   Yes.
17 Q   And what did you understand to be his disability?
18 A   I believe it was, at the time, learning delayed.
19 Q   Could you look within District Exhibit 1 again, to
20 the third page, which says about the assessment.
21     Do you see that?
22 A   Yes.
23 Q   And what is the purpose of this one-page --
24 A   It gives a description of the diagnostic testing.
25 Q   Okay. Now I want to talk a little bit about the

Page 246

1  testing. So if you'd turn back to page one of Exhibit 1.
2  First of all, Chris was 17 years and eight months old when
3  he was assessed; is that correct?
4  A   Correct.
5  Q   And there is a reference to receptive vocabulary.
6  A   Uh-huh.
7  Q   What is that test?
8  A   This test is the comprehensive receptive and
9  expressive vocabulary test. You would like me to explain?
10 Q   Yeah. Can you just briefly say what the test is?
11 That would be helpful.
12 A   Sure. What happens is we place a student in front of
13 a computer screen where six pictures come up on the
14 screen. Chris would have put on a set of headphones and a
15 word would have been called out over those headphones.
16 And he would have chosen the picture that best represented
17 the word that was called out over his headphones. And it
18 comes up with an age equivalency as it scores a group of
19 students across the nation.
20 Q   So you say his age equivalency on that was 11 years
21 six months?
22 A   Correct.
23 Q   And you also did a vision screening and a hearing
24 screening?
25 A   Yes.

Page 247

1  Q   Why did you do that?
2  A   To make sure that he has adequate vision and hearing
3  for instruction at Sylvan Learning Center, and also to
4  give information to parents, if we feel that it's needed,
5  for referral to an ophthalmologist or an audiologist.
6  Q   And was his vision and hearing acceptable?
7  A   Yes.
8  Q   Now, the next thing I see listed on your diagnostic
9  assessment information is something called the learning
10 channel preferences. What is that test?
11 A   That test is a -- also a computerized test where 36
12 statements come up on a computer screen. For example, the
13 first statement is, "I can remember something better if I
14 write it down."
15     Chris is to choose from five options: Almost
16 always, sometimes, frequently, almost never and rarely.
17 And based on his responses, it comes up with a percentage
18 of what his learning style preference is.
19 Q   Why is it important to know a student's learning
20 style?
21 A   So that we can guide our instruction towards his
22 preferred learning style.
23 Q   And based on that test, what did you determine was
24 Chris's learning style?
25 A   He was 36 percent visual, 29 percent auditory, and 35

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 4 of 11

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 248

1  percent haptic or hands on.
2  Q  Now, you administered another test to Chris called
3  the oral reading test --
4  A  Uh-huh.
5  Q  -- is that correct?
6  A  Yes.
7  Q  And what is that test?
8  A  It is an oral reading test where the student is timed
9  reading passages aloud. And we -- on our side, we note
10 any miscues or deviations from print that he might make in
11 his reading. He is asked five questions after the passage
12 and scored on those questions.
13 Q  So the scores of rate and accuracy and passage, do
14 those relate to basic reading skills or comprehension
15 skills?
16 A  Rate is how fast he read the story. Accuracy is how
17 well he read the story. And passage is a combination of
18 the rate and the accuracy.
19 Q  And so his percentile rank on that was less than one
20 percent accuracy and passage?
21 A  Correct.
22 Q  You also, as part of this test, get a score for
23 comprehension.
24 A  Uh-huh.
25 Q  And Chris had a 16 percent on that?

Page 249

1  A  Yes, he did.
2  Q  So his comprehension score was still below average,
3  but it was higher than his basic reading?
4  A  Yes.
5  Q  You also administered a test to Chris called the
6  reading rate TRP book. What is that test? What does
7  Chris have to do?
8  A  He is to read a 400-word passage silently. He is
9  timed on that passage. When he's finished, we come up
10 with how many words per minute he can read. After that he
11 is to answer 10 comprehension questions.
12 Q  So there's a reference to TRP Book 9. Does that mean
13 ninth grade or no?
14 A  No, it does not. That's actually a twelfth-grade
15 passage.
16 Q  So on a twelfth-grade passage, his comprehension
17 score was 60 percent?
18 A  Uh-huh. Of 10 questions, yes.
19 Q  So his comprehension skills were, when you tested
20 him, higher than his basic reading skills, or no?
21 A  What do you mean by "basic reading skills"?
22 Q  Well, let's look at the California achievement test.
23 A  Okay.
24 Q  There's a reference to vocabulary comprehension and
25 total reading.

Page 250

1  A  Right.
2  Q  And according to that test -- well, what is that
3  test, first of all?
4  A  It's a standardized test, California Achievement.
5  Q  And the percentile he had on total reading on that
6  test was two percent.
7  A  Right.
8  Q  How does that fit with the comprehension you just
9  explained to us on the TRP?
10 A  Well, this is a level 2122 California achievement
11 test, which is a eleventh or twelfth grade level test.
12 And he scored -- in the comprehension, he scored as well
13 as a second grade eight month student would on the same
14 test. And in relation to that, that just basically
15 means -- you're asking me what the correlation is between
16 the TRP 9 and the California Achievement Test?
17 Q  Right.
18 A  They're two different tests. Some kids can use
19 deductive reasoning skills a little bit better on one test
20 than another. We're just getting a well-rounded view of
21 where Chris is.
22 Q  Now, on the diagnostic assessment, there is also a
23 column marked "word analysis." And then I see on the next
24 page, "vocabulary comprehension," and so forth. I don't
25 want to go through all of these, but can you first of all

Page 251

1  tell us: What's the purpose of the column information
2  that's on the diagnostic assessment? We have one column
3  for word analysis and then you have a column for
4  vocabulary and a column for comprehension. What's the
5  significance of those? What do they mean?
6  A  The first page, the first column, the phonetic
7  analysis, these are all of the phonetic skills that Chris
8  was tested for. And on the right-hand side of the column,
9  under DA, it tells you how many he got correct out of how
10 many total, so for each skill.
11 Q  So on the short vowels, he got three out of three?
12 A  Correct.
13 Q  And on the short vowels mixed, he got 11 out of 15?
14 A  Correct.
15 Q  Long vowels, he had zero out of three on a couple of
16 those?
17 A  Right.
18 Q  So did Chris have difficulty, then, with each of
19 these areas of phonetic skills, the short --
20 A  Not each of the areas. You can see that there are a
21 few labeled DA in the middle column.
22 Q  Yes.
23 A  Those are the skills in which he mastered on the
24 diagnostic assessment.
25 Q  So he was able to do the ones that have DA?

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 5 of 11

State of Education Case No. 0602                                Due Process Hearing for C.W.

Page 252

1  A  Right.
2  Q  And then the other ones that are shaded, that have
3  shading by them, are the ones he had difficulty with?
4  A  Right. Those signified that those skills are to be
5  taught.
6  Q  And then this continues on the next page to something
7  called structural analysis.
8  A  Yes.
9  Q  What is that?
10 A  Structural analysis is syllabication, prefixes,
11 suffixes, leading into vocabulary.
12 Q  And again, the same approach is used where, if it's
13 DA, he could perform the skill and, if it was shaded, he
14 could not?
15 A  Correct.
16 Q  Now, there's a vocabulary section. Can you explain
17 how Chris did in terms of vocabulary?
18 A  Sure. Chris scored as well as a sixth grader in the
19 second month of school on the vocabulary portion of the
20 California Achievement Test.
21 Q  Then there's a column marked comprehension at the top
22 of the second page here.
23 A  Yes.
24 Q  What is that testing?
25 A  That is testing his comprehension skills.

Page 253

1  Q  And in general, what did you find in terms of
2  comprehension?
3  A  That he scored as well as a second grader in the
4  eighth month of school on a level 2122 California
5  Achievement Test.
6  Q  So in general, when this testing was completed, what
7  was your sense of what Chris's basic reading skills were,
8  his overall reading skills?
9  A  That they were very poor.
10 Q  Chris ultimately began to receive tutoring at Sylvan?
11 A  Yes.
12 Q  How frequently did he receive tutoring?
13 A  I believe Chris started out on a six-hour-a-week
14 schedule.
15 Q  Does that mean he comes more than once during the
16 week?
17 A  Yes.
18 Q  How often is -- is that a two-hour block, three-hour
19 block?
20 A  Depending on what works best for his schedule, but I
21 do believe it was a two-hour block three times a week.
22 Q  And were you focusing only -- was Chris receiving
23 tutoring only in reading or did he receive tutoring in
24 math or anything else?
25 A  Just reading.

Page 254

1  Q  And would you look at Parents' Exhibit S.
2  A  Okay.
3  Q  And do you recognize this as an update that you
4  provided on Chris's tutoring?
5  A  Yes.
6  Q  And it's dated September 29th, 2005?
7  A  Correct.
8  Q  Can you explain to us -- and I think these are maybe
9  backwards from the way they should be. If you look at the
10 second page of the Exhibit S first, has word analysis and
11 phonetic analysis, and structural analysis.
12    Can you tell me, have you -- what does this
13 indicate?
14 A  This is how far Chris has come in 176 hours of
15 instruction.
16 Q  On word analysis?
17 A  Right.
18 Q  So this is documenting exactly what skills have been
19 taught to him and when they were achieved?
20 A  When they were mastered.
21 Q  So that's what the dates mean?
22 A  Yes. Anything dated on 10/30/04 was the diagnostic
23 assessment. So that means that was mastered on the
24 diagnostic assessment and is not something that we would
25 teach in his lessons.

Page 255

1  Q  Anything that is after 10/30 is something you taught
2  him?
3  A  Yes.
4  Q  So if I look at short vowels, short E, it's December
5  16, 2004. So that would have been when he mastered that
6  skill?
7  A  Correct.
8  Q  And similarly, under syllabication, it says vowel
9  sounds, April 16, 2005, so that's when he would have
10 learned that skill?
11 A  Correct.
12 Q  Now, looking at Exhibit S, page one, there is a
13 reference to vocabulary. What can you tell me about
14 Chris's progress in terms of vocabulary?
15 A  We started Chris off in fourth grade vocabulary and
16 he is now working on seventh grade vocabulary skills.
17    I'm sorry. I said that wrong. We started him
18 off in sixth grade vocabulary and now he's working at the
19 end of his seventh grade in vocabulary skills.
20 Q  And what has Chris's progress been in terms of
21 comprehension?
22 A  In terms of comprehension? We started Chris off in
23 fourth grade comprehension and he's now working in seventh
24 grade comprehension.
25 Q  Is that what these numbers mean there at the top of

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 6 of 11

State of Education Case No. 0602                                         Due Process Hearing for C.W.

Page 256

1  each column?
2  A   Yes.
3  Q   Six, seven, eight?
4  A   Yes.
5  Q   So under comprehension, if you started him in fourth,
6  how come it says five, six, seven?
7  A   If you notice, there are only three columns.
8  Q   Uh-huh.
9  A   Our program only allows three columns per page. And
10 we like to show where the student is working at currently
11 in addition to the levels mastered previously, and fourth
12 won't fit on there.
13 Q   Okay. But you're certain he started at fourth?
14 A   I am.
15 Q   Then under comprehension mastery skills, what does
16 that information tell us, as far as his progress?
17 A   That would be -- the same would apply for the mastery
18 skills as well. Comprehension is one complete level.
19 Whether it be base skills or mastery skills that he's
20 working on, he only works on one level of comprehension
21 a time.
22 Q   What is your understanding of who has paid for the
23 Sylvan services?
24 A   Jeff Mayrand.
25 Q   And has Chris's attendance at Sylvan been consistent?

Page 257

1  A   Yes.
2  Q   Do you know if Chris earned any high school credits
3  for his work at Sylvan?
4  A   He has.
5  Q   Do you know what those credits were?
6  A   Individualized reading is, I think, what we called
7  one of his credits. And I would have to double-check on
8  anything else.
9  Q   All right.
10 A   And I'm not -- I'm not sure either if the transcript
11 has been issued, but I believe it has.
12 Q   Do you have any observation about Chris's work habits
13 as a student?
14 A   He is a very highly motivated student normally. Very
15 highly motivated. He has worked very hard to get to where
16 he is now.
17 Q   Has he had any behavioral difficulties at Sylvan?
18 A   None.
19 Q   Are you aware that Chris has been trying to pass the
20 HSGQE?
21 A   Yes.
22 Q   Do you have any sense of whether Chris will need to
23 acquire additional reading skills to pass that test?
24 A   He will.
25 Q   Do you think he can ultimately pass it?

Page 258

1  A   I do.
2  Q   How many hours total has Chris completed at Sylvan;
3  do you know?
4  A   As of September 29th, it was 176. He has probably --
5  I believe it's around 178, 180. I'm not sure. I don't
6  have that information in front of me.
7  Q   And how many more hours would you see Chris needing
8  to increase his skill level to a point where he could have
9  a reasonable chance of passing the HSGQE?
10 A   That is a hard question to answer, only because as we
11 approach his grade level things will start to slow down.
12 He'll start to find it more challenging. It's like
13 looking into a crystal ball. It could be 200-plus hours;
14 it could be 300-plus hours.
15 Q   But additional time, in any event?
16 A   Absolutely.
17 Q   Do you have any doubt in your mind that Chris has
18 received benefit or made progress from this program at
19 Sylvan?
20 A   I have no doubt. I do believe he has.
21 Q   Are there students who come to Sylvan who do not make
22 progress and you let the parents know that, that it's not
23 working out?
24 A   In my experience, rarely, but I do suppose that it
25 does happen based on learning styles.

Page 259

1  Q   And has anybody from the Anchorage School District
2  ever contacted you about Chris or his difficulties?
3  A   No.
4  Q   Do people from Sylvan, if asked, attend IEP meetings
5  in Anchorage?
6  A   Yes, absolutely.
7         MS. KERR: I don't have anything else of you,
8  but Mr. Goad may have some questions.
9         THE WITNESS: Okay.
10            EXAMINATION
11 BY MR. GOAD:
12 Q   How many years of experience do you have as a
13 teacher?
14 A   I have been working as a teacher since May of 2002.
15 Q   Your degree is in elementary education?
16 A   Correct.
17 Q   Do you have a degree in special education?
18 A   No.
19 Q   Do you have any certification in special education?
20 A   No.
21 Q   You said that Chris was -- that when he came to
22 Sylvan, that you understood he was learning delayed?
23 A   Uh-huh.
24 Q   Define "learning delayed."
25 A   I said that he may be learning delayed.

Case 3:06-cv-00009-TMB    Document 27-14    Filed 08/18/2006    Page 7 of 11

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 260

1   Learning delayed is when a student has
2   difficulty learning skills and they are behind.
3   Q   So your experience as a teacher began in May of 2002?
4   A   Yes.
5   Q   Where did you teach?
6   A   I taught in the Anchorage School District as a
7   substitute teacher. I taught in the Mat-Su Borough School
8   District.
9   Q   As --
10  A   As a substitute teacher. And I started in February
11  of 2003 at Sylvan Learning Center as a teacher.
12  Q   All of your experience in the public schools is as a
13  substitute?
14  A   Yes.
15  Q   Did you test Chris personally?
16  A   I don't recall.
17  Q   Do you have any credentials to do language tests?
18  A   No.
19  Q   You were asked some questions about the number of
20  hours that may be required in the future. And you said
21  you had to look into a crystal ball in terms of the number
22  of hours. You were just speculating; isn't that right?
23  A   Yes.
24  Q   And does Sylvan provide services to students trying
25  to pass the high school graduation qualifying exam?

Page 261

1   A   Yes.
2   Q   You've had meetings with Mr. Mayrand?
3   A   Yes.
4   Q   He indicated to you that the goal that Chris was
5   attempting to accomplish was the passage of HSGQE?
6   A   Yes.
7   Q   Do you know, did Chris recently take that exam?
8   A   Yes.
9   Q   Do you know what the family's plan is, if it's to
10  continue with Sylvan if Chris passes?
11  A   I would assume so.
12  Q   Is Chris receiving services today?
13  A   Today is Friday. No.
14  Q   Is he currently receiving services?
15  A   Yes.
16  Q   I want to turn your attention to Exhibit 1, page one.
17  That's the Gray oral reading test?
18  A   Correct.
19  Q   And it's the third edition?
20  A   Yes.
21  Q   Do you know what the difference is -- well, strike
22  that.
23      GE, that second column, what does that mean?
24  A   Grade equivalency.
25  Q   And down at comprehension, what was the result of the

Page 262

1   GORT for Chris? What does that mean, 8.4?
2   A   On an oral reading test he scored as an eighth grade
3   in the fourth month of reading wellness.
4   Q   And on CAT, the comprehension, grade -- GE, is what?
5   A   2.8.
6   Q   Given that you've testified as to the testing, could
7   you explain the differences between those? How do we get
8   to that difference?
9   A   The comprehension on the California Achievement Test
10  is a silent reading test. The comprehension on the GORT
11  is an oral reading test.
12  Q   So let me make sure I understand this: If someone
13  were to read a passage to Chris, his comprehension seems
14  to increase, as opposed to --
15      MS. KERR: Assumes facts not in evidence.
16      MR. GOAD: Well, I'm asking --
17      MS. KERR: There's no testimony that --
18  BY MR. GOAD:
19  Q   You said the GORT is an oral test; is that correct,
20  an oral reading test?
21  A   It's a test in which Chris reads aloud.
22  Q   Right. And the California Achievement Test is a
23  silent reading test; is that correct?
24  A   Which he reads to himself.
25  Q   And that explains the difference in the two scores?

Page 263

1       MS. KERR: Objection. Misstates the evidence
2   because --
3   BY MR. GOAD:
4   Q   Does it explain the difference in the two scores?
5       MS. KERR: It misstates the evidence because
6   you're referring to tests -- subtests within the test.
7   BY MR. GOAD:
8   Q   Does it explain the comprehension subtest --
9       MS. KERR: Okay.
10  BY MR. GOAD:
11  Q   -- differences between the GORT and the CAT?
12  A   Explain your question, please.
13  Q   Sure. There's a subtest of comprehension in the CAT
14  that tested Chris at 2.8 grade equivalency, correct?
15  A   Correct.
16  Q   There is a subtest of comprehension in the GORT III
17  of 8.4. You explained the differences in how the test is
18  taken. I'm asking you: Does that explain the difference
19  in the scores?
20  A   Yes.
21  Q   Thank you.
22      You testified to the learning channel test
23  results. Do you recall that?
24  A   Yes.
25  Q   Are those standardized results or validity results?

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 8 of 11

State of Education Case No. 0602                                              Due Process Hearing for C.W.

Page 264

1  A  Validity results.
2  Q  What are the validity results?
3  A  They are results in which Chris had -- it's not a
4  standardized test. He took that test based on his own
5  responses. Those are his responses to that test.
6       MR. GOAD: I don't have anything else further.
7       HEARING OFFICER: Why would there be such a
8  difference on the GORT III and the California? I
9  understand that you've explained that the California is a
10 silent reading and GORT III is oral.
11      THE WITNESS: Uh-huh.
12      HEARING OFFICER: And obviously we're just
13 zeroing in on the comprehension. That's a significant
14 difference.
15      THE WITNESS: Correct. I believe -- in my
16 experience, I believe it's due to deductive reasoning.
17 Reading out loud for some children helps them to
18 understand a passage better. And when the questions are
19 read to them -- which is in this case the GORT, the
20 questions are read to them; however, the student reads the
21 passage. When the questions are read to them the
22 understanding is a little bit better than if he were to
23 take a silent reading test and read the passage himself as
24 well as read the questions himself.
25      So when reading the questions -- when the

Page 265

1  questions are read aloud, he has a better understanding of
2  what he himself read.
3       HEARING OFFICER: That doesn't really gibe in,
4  does it, with the learning channel preferences that say
5  visual style is at six percent; auditory style, 29
6  percent?
7       THE WITNESS: Uh-huh.
8       HEARING OFFICER: That would indicate that it
9  should have been -- auditory style should have been higher
10 as far as the type of learning. I mean, logically.
11      THE WITNESS: Possibly. Sometimes the -- it was
12 a preference test for him, so that's how he scored on the
13 preferences. They're fairly close together.
14      HEARING OFFICER: No, there's not that much
15 difference, I understand, between visual and auditory.
16 But there is a difference and there's a significance
17 difference between the comprehension on the GORT III and
18 the California. So that's just a little flag; I was
19 wondering why.
20      Now, when he completes his course of learning at
21 Sylvan, will you administer the same battery of tests to
22 determine where he is as far as the GORT, the California
23 Achievement, et cetera, so you're comparing apples to
24 apples as opposed to apples to oranges?
25      THE WITNESS: I'm sorry?

Page 266

1       HEARING OFFICER: Well, for instance, say -- and
2  I haven't had an opportunity to look at what was just
3  handed in this morning as far as where he is as of 9/30 --
4  what exhibit was that --
5       MS. KERR: That's W.
6       HEARING OFFICER: -- which is in contest as of
7  this time.
8       But -- so let's say, as of 9/30 and pretend I
9  haven't looked at this exhibit -- well, you don't have to
10 pretend; I haven't looked at this exhibit. What's the
11 difference now between his GORT III and his California
12 Achievement Test, or did you even administer those to get
13 a snapshot of where he is at this particular point in
14 time?
15      THE WITNESS: We have given him progress tests
16 in the -- we have given him the same level of California
17 Achievement Test, just a different form, so that he's not
18 reading the same questions -- or the same passages over
19 again. And he has improved.
20      HEARING OFFICER: And you haven't given him the
21 GORT III test in oral reading?
22      THE WITNESS: No. We do not give an additional
23 GORT III.
24      HEARING OFFICER: So at such time as he, quote,
25 unquote, graduates from Sylvan, be it 100, 200, 300 hours

Page 267

1  from now, do you administer a California Achievement Test
2  then?
3       THE WITNESS: Yes.
4       HEARING OFFICER: And is that one of the
5  measures you use to determine whether or not the student
6  has achieved the aims he wanted to achieve from Sylvan?
7       THE WITNESS: It is one of them, yes.
8       HEARING OFFICER: And I had a question -- I
9  thought, in response to a question from Ms. Kerr, that you
10 had said that one of the goals of Steven [sic] and his
11 father was for him to pass the high school exit exam.
12      THE WITNESS: You mean Chris. You said Steven.
13      HEARING OFFICER: Who's Steven? Well --
14      THE WITNESS: I'm sorry. The name threw me.
15      HEARING OFFICER: I apologize. Steven is the
16 caregiver. That's why I was thinking Steven.
17      You said that Chris and his father -- one of his
18 goals was to pass the test, the high school -- I'm going
19 to call it an exit exam. That's better than all those
20 letters. Okay.
21      And then, did I understand you to say that it
22 was your understanding that Chris will continue services
23 even if he passes?
24      THE WITNESS: That is my understanding.
25      HEARING OFFICER: And the reason for that, what

Case 3:06-cv-00009-TMB  Document 27-14  Filed 08/18/2006  Page 9 of 11

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 268

1  is your understanding of that?
2      THE WITNESS: To increase his comprehension and
3  vocabulary level and to achieve mastery of those skills at
4  a twelfth grade level.
5      HEARING OFFICER: At a twelfth grade level. In
6  other words, the level he would normally be considered to
7  be. Okay.
8      Well, I don't have any further questions right
9  now.
10     MS. KERR: I just have a couple clarifications
11 on the hearing officer's questions.
12     FURTHER EXAMINATION
13 BY MS. KERR:
14 Q  On the GORT III oral reading test and the California
15 Achievement Test, it's only the comprehension that has a
16 significant difference; is that correct?
17 A  Correct.
18 Q  The other scores are all in the range of fourth
19 grade? Am I reading that right?
20 A  Yes.
21 Q  And so, with respect to the difference between the
22 comprehension score of 8.4 on the GORT and the
23 comprehension score of 2.8 on the California Achievement
24 Test, given the other testing you did, including the word
25 analysis to determine -- you know, that was done in terms

Page 269

1  of word analysis and the other skills -- which do you
2  think was the closer instructional level for Chris? Did
3  you start him at an instructional level of 8.4 or did you
4  start him at an instructional level of closer to fourth
5  grade?
6  A  We started him at an instructional level of fourth
7  grade, yes.
8  Q  And then, if you would look at -- I think you should
9  have Exhibit W. Do you have an Exhibit W there?
10 A  I do.
11 Q  I'm just going to have you identify it. I know it's
12 in controversy as to whether it's going to be admitted,
13 but I just want you to, first of all, identify it; tell us
14 what it is.
15 A  This is a Sylvan plan for success. It outlines the
16 long-term goals, some of the skills that he mastered
17 through -- from one parent conference to another parent
18 conference. And it also explains what the next skill is
19 that will be introduced. It also gives an estimated
20 length of program stay of 305 to 317 hours.
21 Q  And the third page of this document, Exhibit W, there
22 is a reference to the California Achievement Test that
23 Chris was given on October 30th, 2004. Do you see that?
24 A  It was not given on October 30th, 2004.
25 Q  Well, as I recall --

Page 270

1  A  That's the diagnostic.
2  Q  Yeah, that's the diagnostic. That's what I meant.
3  A  The hour 108 progress test was given on June 27th,
4  2005.
5  Q  All right.
6      MR. GOAD: I'm just going to object. I mean,
7  this is Exhibit W we're talking about?
8      MS. KERR: Yes.
9      MR. GOAD: And you just wanted to have her
10 identify it, but -- I mean, my objection -- I mean, beyond
11 identification, I'm objecting because it didn't satisfy --
12 it wasn't disclosed in time. And I just think taking
13 testimony as to the substance of the document is
14 inappropriate.
15     MS. KERR: Well, I think that whether or not the
16 document is admitted, the witness can testify as to
17 whether or not she gave him an additional CAT. And she
18 was asked that by the hearing officer. So -- and I think
19 the witness can use anything she wants to refresh her
20 recollection of what the score was.
21 BY MS. KERR:
22 Q  Do you recall what the score was on the CAT that you
23 gave -- or that was given to Chris in June of 2005?
24 A  His vocabulary score was 6.3 or sixth grade, third
25 month. His comprehension score was a sixth grade, ninth

Page 271

1  month. His total reading score was sixth grade, second
2  month.
3  Q  So that indicates progress to you in Chris's reading?
4  A  Yes.
5  Q  About how much?
6  A  For his comprehension, it was a growth of three
7  years, one month. For vocabulary, it was a growth of one
8  month. And for a total reading score, it was a growth of
9  one year, eight months.
10     MS. KERR: I don't think I have any other
11 questions for the witness.
12     MR. GOAD: I have a couple.
13     FURTHER EXAMINATION
14 BY MR. GOAD:
15 Q  I'm sorry if -- I think you probably already
16 testified to this, but if you can just refresh my
17 recollection, when did Chris begin services at Sylvan?
18 A  Around -- after October 30th.
19 Q  And Chris actually took the HSGQE in the spring of
20 2004; you were aware of that?
21 A  Yes.
22 Q  Do you know how he did?
23 A  He didn't pass any of the areas.
24 Q  Would you agree with me that any student should
25 demonstrate some progress with additional instruction

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 10 of 11

State of Education Case No. 0602                                                Due Process Hearing for C.W.

Page 272

1  beyond the school day?
2      MS. KERR: Objection. Relevance.
3  BY MR. GOAD:
4  Q  Wouldn't they?
5      MS. KERR: We're talking about Chris?
6      MR. GOAD: Yeah.
7      HEARING OFFICER: It's overruled.
8      THE WITNESS: Restate your question.
9      MS. KERR: I guess I'm going to object as to
10 vague because I'm not sure --
11     THE WITNESS: Yeah.
12 BY MR. GOAD:
13 Q  Any student -- I mean, wouldn't -- as an educator,
14 wouldn't you agree with me that any student should
15 demonstrate some progress with additional instruction
16 beyond the school day?
17 A  Yes.
18 Q  In response to some questions of Ms. Kerr, you had
19 described sort of the teaching methodology. I'd just like
20 you to describe three or four typical lessons, if you
21 would. For Chris.
22 A  Three or four typical --
23 Q  Typical lessons.
24 A  -- lessons for Chris?
25 Q  Uh-huh.

Page 273

1  A  Well, for each skill, Chris is given a guided
2  practice where he sits down with his teacher and his
3  teacher guides him through a skill. For example,
4  sequence; she teaches him about sequence.
5      HEARING OFFICER: A sequence?
6      THE WITNESS: About the skill of sequence.
7      From there, he has a certain mastery criteria
8  that he has to obtain in the guided practice. In other
9  words, he moves on an independent practice. And then,
10 once he goes through independent practice with no help
11 from the teacher, he has to obtain a certain mastery
12 criteria in order to move on to the following skill.
13     So he will have perhaps one assignment in word
14 analysis skills, one assignment in vocabulary skills, and
15 one assignment in comprehension skills.
16 BY MR. GOAD:
17 Q  Let me ask you: You had mentioned that you have some
18 knowledge of Chris's performance on the HSGQE. Have you
19 reviewed his scores since he began taking the HSGQE -- his
20 scores on the HSGQE?
21 A  I believe I have. I don't recall them.
22 Q  Do you know who designed the learning channel test?
23 A  Sylvan Learning Center Corporation.
24 Q  How is it normed?
25 A  You know what? I'm not sure.

Page 274

1  Q  So you don't know how they verify individual results
2  to standardized results?
3  A  It's not a standardized test.
4  Q  Right. Right. But my question was: how is it
5  normed, which --
6  A  Like I said, I'm not sure.
7  Q  And do you know who developed the GORT III?
8  A  Sylvan Learning Center Corporation.
9  Q  How is it normed?
10 A  I'm not sure.
11 Q  And who designed the reading rate TRP book?
12     HEARING OFFICER: The what?
13     MR. GOAD: Reading rate TRP.
14     THE WITNESS: I'm not sure if that was the
15 learning center or not.
16 BY MR. GOAD:
17 Q  How is it normed?
18 A  I'm not sure.
19 Q  You are his teacher; are you?
20 A  I have taught Chris but, no, I'm not his regular
21 classroom teacher.
22 Q  And you didn't administer his diagnostics, right?
23 A  I didn't say that.
24 Q  Did you administer his diagnostics?
25 A  Actually, I was not sure who did.

Page 275

1  Q  So you're interpreting them based on your experience
2  in interpreting diagnostic tests?
3  A  Yes.
4  Q  And what experience is that?
5  A  Of interpreting diagnostic tests?
6  Q  Yes.
7  A  Well, I've been interpreting these diagnostic tests
8  for about, I'd say, two years, three months.
9  Q  And you previously testified that you don't have any
10 credentials to do language tests; is that correct? That
11 was your previous testimony in response to one of my
12 questions earlier?
13 A  Yes. I do have a certification as director of
14 education.
15 Q  And so you received training in interpreting
16 diagnostic assessments?
17 A  Yes, from Sylvan University.
18 Q  And describe that training, if you would.
19 A  It is a training in the entire Sylvan Learning Center
20 program.
21 Q  How long does it last?
22 A  A week.
23 Q  So based on that week's training --
24 A  Ten-hour days.
25 Q  -- you interpreted these results?

Case 3:06-cv-00009-TMB   Document 27-14   Filed 08/18/2006   Page 11 of 11

State of Education Case No. 0602                                    Due Process Hearing for C.W.

Page 276

1   A   Uh-huh.
2       And in addition to other training, I've received
3   from this particular Sylvan Learning Center, training as
4   the executive director.
5       MR. GOAD: I have nothing else.
6       HEARING OFFICER: Do any of Chris's lessons
7   involve working with a computer?
8       THE WITNESS: No.
9       HEARING OFFICER: So it's all one on one with a
10  human being?
11      THE WITNESS: Yes.
12      HEARING OFFICER: And then you were described, I
13  believe, as his case manager?
14      THE WITNESS: Yes.
15      HEARING OFFICER: And what is your function as
16  his case manager?
17      THE WITNESS: I oversee his teachers and his
18  lesson plan. I move him up levels -- up to the next level
19  in academic instruction once I have seen adequate progress
20  at one level. And I communicate with his father in
21  addition to keeping a -- just having a good relationship
22  with Chris in general.
23      HEARING OFFICER: So you have a personal
24  relationship?
25      THE WITNESS: I do.

Page 277

1       HEARING OFFICER: -- with Chris and his father?
2       THE WITNESS: Yes.
3       HEARING OFFICER: And in determining whether or
4   not he's progressed, have you administered any of these
5   tests to which you were referring or do you rely on the
6   opinion of the individual teacher who's actually --
7       THE WITNESS: It's a combination of all. I look
8   at his daily scores, I look at the amount of skills that
9   he's covered, and every 36 hours we give a progress test.
10      HEARING OFFICER: Every 36 hours of instruction?
11      THE WITNESS: Uh-huh. Yes. I'm sorry. Every
12  36 instructional hours.
13      HEARING OFFICER: You're talking about daily
14  scores. So are there some kinds of tests administered to
15  Chris at the end of each lesson or notes taken from the
16  teacher?
17      THE WITNESS: Yes, there are tests. There are
18  the independent practices, which he has a mastery criteria
19  to complete with no help from his teacher. There are --
20  there are test checks in -- if you look in Exhibit 1, page
21  10, there, under integrated skills, reading fiction and
22  narrative, is test-like material that covers all of the
23  mastery skills in the comprehension. So it integrates all
24  of the mastery skills.
25      HEARING OFFICER: You're going to have to repeat

Page 278

1   that. I'm sorry.
2       MS. KERR: In our exhibit book it's Exhibit 1.
3   Page two was originally marked as Exhibit G.
4       HEARING OFFICER: That's what has me confused.
5       MR. GOAD: We did a double marking.
6       HEARING OFFICER: All right. Tell me where I'm
7   supposed to look. I wasn't looking at the right place the
8   first time.
9       THE WITNESS: Exhibit 1. And look at page two.
10      HEARING OFFICER: I've got it.
11      THE WITNESS: And then it's towards the bottom
12  where it says "integrated skills" on the right-hand side.
13      HEARING OFFICER: "Reading fiction and narrative
14  reading factual tests." I got it. Okay.
15      So now would you like to --
16      THE WITNESS: Sure. As I was saying, the
17  integrated skills integrates all of the critical reading
18  and reasoning mastery skills, along with the literary
19  analysis skills. And that is test-like material in that
20  it integrates these skills and we get another look at how
21  well he performed on putting these mastery skills
22  together.
23      HEARING OFFICER: So looking at the integrated
24  skills, this is his assessment of 10/30/2004. What's that
25  telling us, under just integrated skills, reading fiction,

Page 279

1   reading factual test. It's blanked out and then it says,
2   "NT." Am I not looking at the right one after all?
3       THE WITNESS: There are two that are very
4   similar. These -- I'm sorry. I'm not quite sure I
5   understand the question. NT means "not tested."
6       HEARING OFFICER: That's what I assumed.
7       THE WITNESS: The integrated skills, if you look
8   at conference update, hour 176. That's in Exhibit --
9       MS. KERR: K.
10      THE WITNESS: It gives you a better look at the
11  purpose of the integrated skills.
12      HEARING OFFICER: Okay.
13      It's the second column again?
14      THE WITNESS: Yeah, same spot.
15      This is the -- after 176 hours, not including
16  level four, this is what he mastered at levels five and
17  six. This is one of the tools in which I use to move
18  Chris up to another level of comprehension, the integrated
19  skills. It integrates all of the mastery skills above
20  integrated skills under critical reading and reasoning and
21  literary analysis mastery skills. Like I said, this is
22  test-like material in that it tells me whether or not if
23  Chris is ready to move up a level. And if he performed
24  weakly in certain mastery skills at that level, then I
25  would need to assign at level seven.