```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 C.W., et al.                       vs.   ANCHORAGE SCHOOL DISTRICT

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:06-cv-00009-TMB

DEPUTY CLERK/RECORDER:        ELISA SINGLETON

APPEARANCES:   PLAINTIFF:     MEG K. ALLISON
                              THOMAS DOSIK

               DEFENDANT:     RAYMOND E. GOAD, JR.

PROCEEDINGS:   ORAL ARGUMENT ON MOTION TO QUASH DEPOSITION AND
FOR A PROTECTIVE ORDER (DKT 15), MOTION VOLUNTARY DISMISSAL (DKT
22) - HELD 10/5/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

Arguments heard.

Court heard.  Matter taken Under Advisement.  Written ruling to issue.

At 11:15 a.m. court adjourned.

DATE: DATE: October 5, 2006     DEPUTY CLERK'S INITIALS: ES