Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
|       Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
|       Defendant(s) | ) | |
| | ) | |

### MOTION TO SUBMIT ADMINISTRATIVE RECORD

Plaintiffs move for submission to the court the record from the administrative hearing in the above-captioned case.

Dated this 5th day of October 2006.

          s/ Meg K.Allison
Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

Certificate of Service

I hereby certify that on the 5th day of October, 2006, a copy of this document was served electronically on:

Brad Owens
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503


<u>/s Meg K. Allison</u>
Meg Allison