Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ALASKA**

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

**[PROPOSED] ORDER**

The Plaintiffs' motion for submission of the Administrative Record is

GRANTED.

Dated this ___ day of October 2006.

_____
Judge Burgess
U.S. District Court Judge