IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M.,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br><br>　　　　　　　　　Defendant. | Case No. 3:06-cv-00009- TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　XX　**DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

October 23, 2006　　　　　　　　　　　　　　　/s/　　Ida Romack
　　　　Date　　　　　　　　　　　　　　　　IDA ROMACK, Clerk of Court