Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| C.W., by and through his | ) | |
| guardian, J.M., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANCHORAGE SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant | ) | Case No. 3:06-cv-00009-JWS |

## MOTION FOR ATTORNEYS' FEES

COME NOW defendant, Anchorage School District, by and through their

attorneys of record, Jermain, Dunnagan & Owens, P.C., and pursuant to 20 U.S.C. §

1415(i)(3)(B) hereby move the Court for an award of attorney fees in the amount of $14,272.00.

This motion is supported by the memorandum and affidavit submitted herewith.

DATED in Anchorage Alaska this 6th day of November, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


_____/s/ Raymond E. Goad, Jr._____

By:     Bradley D. Owens
        Jermain, Dunnagan & Owens, PC
        3000 A Street, Suite 300
        Anchorage, AK 99503
        907- 563-8844
        907-563-7322 (fax)
        bradowens@jdolaw.com
        Alaska Bar #7610122

        Raymond E. Goad, Jr.
        Jermain, Dunnagan & Owens, PC
        3000 A Street, Suite 300
        Anchorage, AK 99503
        907- 563-8844
        907-563-7322 (fax)
        rgoad@jdolaw.com
        Alaska Bar #0111062

Certificate of Service

I hereby certify that on this
6th day of November, 2006
I caused to be [ ] hand delivered;
[ ] mailed, US postage prepaid;
[ ] faxed and/or [x] e-mailed the
foregoing to:

Meg Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503


____/s/ Raymond E. Goad, Jr.