Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Counsel for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ANCHORAGE SCHOOL DISTRICT, )<br>)<br>Defendant ) | <br><br><br><br><br><br><br><br>Case No. 3:06-cv-00009-JWS |

## (PROPOSED) ORDER GRANTING MOTION FOR ATTORNEYS' FEES

Having considered Defendant's Motion for Attorney's Fees and any opposition thereto,

IT IS HEREBY ORDERED, that Defendant's Motion is GRANTED. Defendant shall be awarded attorneys' fees in the amount of $_____.


DATED: _____, 2006          _____
                                        Hon. Timothy M. Burgess
                                        U.S. District Court Judge

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing was mailed this 6th day of November, 2006, to the following:

Meg Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

___/s/ Raymond E. Goad, Jr.