Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Counsel for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| C.W., by and through his guardian, J.M., <br><br> Plaintiffs <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) )  Case No. 3:06-cv-00009-JWS |

### AFFIDAVIT OF COUNSEL
### IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

STATE OF ALASKA          )
                         )ss
THIRD JUDICIAL DISTRICT  )

I, Raymond E. Goad, Jr., being first duly sworn upon oath, deposes and states as follows:

1.  I am an attorney practicing law with the Anchorage law firm of Jermain Dunnagan & Owens, P.C. This affidavit is prepared in support of the motion for attorney's fees requested in connection with counsel's representation of the Anchorage School District in the above-referenced litigation.

2.  As part of my duties as counsel in this case, I have reviewed all files in this matter, including cost and attorney billing information. This affidavit is based on either my

personal knowledge or review of my firm's files. I submit this affidavit based on my personal knowledge of the facts asserted herein. If called to testify with respect to matters in controversy in this lawsuit, I can and will testify to the facts as stated herein.

3.    I have reviewed the time and billing records of my firm attached hereto as Exhibit "A". All attorneys time has been billed at the regular hourly rate established for the firm of Jermain Dunnagan & Owens. Attorney time for the undersigned (REG) is billed at $160.00 an hour. Attorney time for Bradley D. Owens (BDO) is billed at $160.00 an hour.

5.    Raymond E. Goad, Jr., spent a total of 82.4 hours in connection with this action. Bradley D. Owens spent a total of 6.8 hours in connection with this action.

6.    All fees incurred by defendant Anchorage School District were reasonable and necessary.

7.    The total hours for attorneys at the above referenced hourly rate amounts to $14,272.00.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date: 11/6/06

_____
Raymond E. Goad, Jr.

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska, on this 6th day of November, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 4-07-09

{00135351 }
Affidavit of Counsel in Support of Motion for Attorney Fees
Case No. 3:04-CV-00009                                                                                    Page 2 of 3

Certificate of Service

I hereby certify that on this
6th day of November, 2006
I caused to be [ ] hand delivered;
[ ] mailed, US postage prepaid;
[ ] faxed and/or [x] e-mailed the
foregoing to:

Meg Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

    /s/ Raymond E. Goad, Jr.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00135351 }
Affidavit of Counsel in Support of Motion for Attorney Fees
Case No. 3:04-CV-00009                                                  Page 3 of 3