ANCHORAGE SCHOOL DISTRICT                                                Invoice# 162407

WRIGHT, CHRISTOPHER - APPEAL
==============================================

| Matter # | 01162 | ASD | Balance Forward | | $0.00 |
|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
| 02/17/2006 | REG | Draft, review and revise answer to complaint on appeal. | 2.10 | 160.00 | $336.00 |
| | | **TOTAL SERVICES FOR THIS MATTER:** | | | $336.00 |

| | REG | GOAD, RAY E. | 2.10 Hrs | 160.00 /Hr | $336.00 |
|---|---|---|---|---|---|

**EXPENSES**

| 02/28/2006 | PHOTOCOPIES | | 0.30 |
|---|---|---|---|
| | **TOTAL EXPENSES FOR THIS MATTER:** | | $0.30 |
| | **TOTAL FOR THIS MATTER** | | $336.30 |

EXHIBIT A
Page 1 of 8

**ANCHORAGE SCHOOL DISTRICT**                                    **Invoice# 162625**

**WRIGHT, CHRISTOPHER - APPEAL**
============================================

Matter #   01162        **ASD**                                 **Balance Forward**         **$336.30**

| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/2006 | REG | E-mail correspondence to M. Allison regarding time for parties planning meeting. | 0.20 | 160.00 | $32.00 |
| 03/14/2006 | REG | Prepare for Rule 26(f) parties planning meeting; attend same. | 1.00 | 160.00 | $160.00 |
| 03/14/2006 | REG | Prepare for and attend parties planning meeting. | 0.50 | 160.00 | $80.00 |
| 03/17/2006 | REG | Review and revise parties planning report. | 1.20 | 160.00 | $192.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                               **$464.00**

REG   GOAD, RAY E.        2.90 Hrs      160.00 /Hr     $464.00

**EXPENSES**
03/31/2006   PHOTOCOPIES                                                            0.60

**TOTAL EXPENSES FOR THIS MATTER:**                                               **$0.60**

**TOTAL FOR THIS MATTER**                                                         **$800.90**

EXHIBIT A
Page 2 of 8

ANCHORAGE SCHOOL DISTRICT                                         Invoice# 163182

WRIGHT, CHRISTOPHER - APPEAL
==========================================

| Matter # | 01162 | ASD | | Balance Forward | | $464.60 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 04/13/2006 | REG | Review Kutzgar file to determine court's treatment of need for additional evidence in IDEA appeal. | | 3.10 | 160.00 | $496.00 |
| 04/14/2006 | REG | Teleconference with M. Allison regarding appeal schedule. | | 0.50 | 160.00 | $80.00 |
| 04/18/2006 | REG | Review proposed report to the court and proposed order. | | 0.40 | 160.00 | $64.00 |
| 04/18/2006 | REG | Legal research regarding the ability of appellant to conduct discovery in advance of court decision to examine additional evidence. | | 4.20 | 160.00 | $672.00 |
| 04/20/2006 | REG | Conference with S. Kerr of the DLC ordered by the court concerning briefing schedule under Appellate Rule 16. | | 1.10 | 160.00 | $176.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                   $1,488.00

REG    GOAD, RAY E.           9.30 Hrs    160.00 /Hr    $1,488.00

**EXPENSES**
04/03/2006   WESTLAW COMPUTER SEARCH                                    254.17

**TOTAL EXPENSES FOR THIS MATTER:**                                   $254.17

**TOTAL FOR THIS MATTER**                                             $2,206.77

**ANCHORAGE SCHOOL DISTRICT**                                                    **Invoice# 163520**

**WRIGHT, CHRISTOPHER - APPEAL**
===========================================

| Matter # | 01162 | **ASD** | | **Balance Forward** | | **$0.00** |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount | |
| 05/23/2006 | REG | E-mail correspondence to S. Kerr regarding mootness of appeal due to passage of exit exam. | 0.20 | 160.00 | $32.00 | |

        **TOTAL SERVICES FOR THIS MATTER:**                                        **$32.00**

       REG    GOAD, RAY E.    0.20 Hrs    160.00 /Hr    $32.00

        **TOTAL FOR THIS MATTER**                                                             **$32.00**



EXHIBIT A
Page 4 of 8

ANCHORAGE SCHOOL DISTRICT                                                     Invoice# 163552

WRIGHT, CHRISTOPHER - APPEAL
===========================================

| Matter # | 01162 | ASD | Balance Forward | | $32.00 |
|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
| 06/19/2006 | REG | Review correspondence and discovery sent by DLC. | 1.40 | 160.00 | $224.00 |
| 06/20/2006 | REG | E-mail correspondence to S. Kerr regarding status report; e-mail BDO regarding settlement offer and discovery questions. | 0.60 | 160.00 | $96.00 |
| 06/21/2006 | BDO | Tel call with RG re status report; review and revise response to status conf. | 1.00 | 160.00 | $160.00 |
| 06/21/2006 | REG | Draft response to plaintiff's status report; e-mail BDO regarding same; revise status report response; tele conf with E. Frazcek regarding offer of settlement and discovery requests; tele conf with BDO regarding same. | 2.10 | 160.00 | $336.00 |
| 06/26/2006 | BDO | Conf with REG re depo and discovery status; research re discovery in fed ct appeal of DPH decision. | 1.60 | 160.00 | $256.00 |
| 06/26/2006 | REG | Legal research and analysis regarding timing of taking discovery in DPH appeal. | 5.80 | 160.00 | $928.00 |
| 06/26/2006 | REG | Draft, review and revise memorandum supporting motion to quash subpoena and for a protective order. | 6.10 | 160.00 | $976.00 |
| 06/27/2006 | BDO | Review mtn to quash depo and for protective order; tel call with S. Kerr re depo; conf with REG re status. | 0.90 | 160.00 | $144.00 |
| 06/29/2006 | REG | E-mail correspondence to E. Fraczek regarding research assignments. | 0.10 | 160.00 | $16.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                             $3,136.00

| REG | GOAD, RAY E. | 16.10 Hrs | 160.00 /Hr | $2,576.00 |
|---|---|---|---|---|
| BDO | OWENS, BRADLEY D. | 3.50 Hrs | 160.00 /Hr | $560.00 |

**EXPENSES**
| 06/27/2006 | MESSENGER FEE(S) | 5.00 |
|---|---|---|
| 06/30/2006 | PHOTOCOPIES | 8.20 |

**TOTAL EXPENSES FOR THIS MATTER:**                                             $13.20

**TOTAL FOR THIS MATTER**                                                        $3,181.20


EXHIBIT A
Page 5 of 4

ANCHORAGE SCHOOL DISTRICT                                         Invoice# 164155

**C.W. - APPEAL [SPED]**
=============================================

| Matter # | 01162 | ASD | Balance Forward | | | $0.00 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 07/03/2006 | REG | E-mail correspondence with M. Allison regarding opposition to motion to quash. | | 0.30 | 160.00 | $48.00 |
| 07/05/2006 | REG | Draft status report to BDO regarding offer of settlement and discovery motions. | | 1.50 | 160.00 | $240.00 |
| 07/06/2006 | BDO | Review email from REG re settlement offer by DLC; conf with REG re same and options. | | 0.30 | 160.00 | $48.00 |
| 07/06/2006 | REG | Telephone conference with E. Fraczek regarding settlement offer made by plaintiff. | | 0.50 | 160.00 | $80.00 |
| 07/22/2006 | REG | Draft reply brief to motion to quash and for protective order. | | 3.20 | 160.00 | $512.00 |
| 07/25/2006 | REG | Review opposition to motion to quash and for protective order and attached exhibits. | | 2.30 | 160.00 | $368.00 |
| 07/25/2006 | REG | Legal research and analysis regarding cases cited by plaintiff opposing motion to quash. | | 2.10 | 160.00 | $336.00 |
| 07/26/2006 | REG | Legal research and analysis regarding cases cited by plaintiff opposing motion to quash. | | 3.60 | 160.00 | $576.00 |
| 07/26/2006 | REG | Draft reply brief on motion to quash and for protective order. | | 4.20 | 160.00 | $672.00 |
| 07/27/2006 | REG | Draft reply to motion to quash and for a protective order. | | 3.30 | 160.00 | $528.00 |
| 07/28/2006 | REG | Telephone conference with M. Allison regarding extension of time for reply on motion to quash and settlement; draft motion; e-mail correspondence to BDO regarding same. | | 0.50 | 160.00 | $80.00 |
| 07/28/2006 | REG | Review hearing testimony of S. Spinella, M. DeHoux, K. Sterne and E. Fraczek in anticipation of arguments on reply supporting motion to quash. | | 3.20 | 160.00 | $512.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                            $4,000.00

| | REG | GOAD, RAY E. | 24.70 Hrs | 160.00 /Hr | $3,952.00 |
|---|---|---|---|---|---|
| | BDO | OWENS, BRADLEY D. | 0.30 Hrs | 160.00 /Hr | $48.00 |

**EXPENSES**
06/30/2006   WESTLAW COMPUTER SEARCH                                            159.54

**TOTAL EXPENSES FOR THIS MATTER:**                                              $159.54

**TOTAL FOR THIS MATTER**                                                     $4,159.54

**ANCHORAGE SCHOOL DISTRICT**                                    **Invoice# 164580**

**C.W. - APPEAL [SPED]**
==============================================

| Matter # | 01162 | **ASD** | Balance Forward | | $0.00 |
|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
| 08/07/2006 | BDO | Review DLC opp to mtn for protective order. | 1.00 | 160.00 | $160.00 |
| 08/08/2006 | REG | Draft e-mail correspondence to E. Fraczek regarding settlement offer. | 0.20 | 160.00 | $32.00 |
| 08/11/2006 | BDO | Mtg with REG re response to DLC opp to mtn for protective order re discovery. | 0.50 | 160.00 | $80.00 |
| 08/11/2006 | REG | Conference with BDO regarding Reply Brief on Motion to Quash. | 0.20 | 160.00 | $32.00 |
| 08/13/2006 | REG | Legal research and analysis regarding additional evidence as supplementary | 3.50 | 160.00 | $560.00 |
| 08/13/2006 | REG | Draft, review and revise reply memorandum supporting motion to quash. | 4.50 | 160.00 | $720.00 |
| 08/15/2006 | REG | Draft, review and revise reply memorandum supporting motion to quash. | 4.20 | 160.00 | $672.00 |
| 08/16/2006 | BDO | Conf with REG re discovery in DPH and decisions by HOs; review and revise draft reply re mtn for protective order. | 1.10 | 160.00 | $176.00 |
| 08/16/2006 | REG | Draft, review and revise reply memorandum supporting motion to quash. | 4.30 | 160.00 | $688.00 |
| 08/16/2006 | REG | Draft, review and revise reply memorandum supporting motion to quash | 1.40 | 160.00 | $224.00 |

**TOTAL SERVICES FOR THIS MATTER:**                              $3,344.00

| REG | GOAD, RAY E. | 18.30 Hrs | 160.00 /Hr | $2,928.00 |
| BDO | OWENS, BRADLEY D. | 2.60 Hrs | 160.00 /Hr | $416.00 |

**EXPENSES**

| 08/17/2006 | MESSENGER FEE(S) | 5.00 |
| 08/31/2006 | PHOTOCOPIES | 40.40 |
| 08/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 3.25 |

**TOTAL EXPENSES FOR THIS MATTER:**                              $48.65

**TOTAL FOR THIS MATTER**                                        $3,392.65



EXHIBIT A
Page 7 of 8

ANCHORAGE SCHOOL DISTRICT                                   Invoice# 164886

**C.W. - APPEAL [SPED]**
==========================================

| Matter # | 01162 | **ASD** | | **Balance Forward** | | $0.00 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | | Amount |
| 09/27/2006 | BDO | Emails from and to REG re EH order re mtn for protective order. | 0.40 | 160.00 | | $64.00 |
| 09/29/2006 | REG | Review briefs in anticipation of oral argument on motion to quash. | 2.40 | 160.00 | | $384.00 |
| 09/30/2006 | REG | Review transcript of DeHoux and Spinella in prep for oral argument. | 3.10 | 160.00 | | $496.00 |
| 09/30/2006 | REG | Review cases cited in briefs on motion to quash; draft outline of arguments for oral argument. | 3.30 | 160.00 | | $528.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                $1,472.00

| REG | GOAD, RAY E. | 8.80 Hrs | 160.00 /Hr | $1,408.00 |
|---|---|---|---|---|
| BDO | OWENS, BRADLEY D. | 0.40 Hrs | 160.00 /Hr | $64.00 |

**EXPENSES**

08/31/2006   WESTLAW COMPUTER SEARCH                                  124.24

**TOTAL EXPENSES FOR THIS MATTER:**                                   $124.24

**TOTAL FOR THIS MATTER**                                           $1,596.24



EXHIBIT A
Page 8 of 8