Meg K. Allison, Esq. (0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
mallison@dlcak.org
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. ) | | |
| Plaintiff(s) ) | | Case No. A06-009 CV (TMB) |
| ) | | |
| Vs. ) | | |
| ) | | |
| Anchorage School District ) | | |
| Defendant(s) ) | | |
| ) | | |

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by and through counsel, hereby moves the Court for an extension to file his opposition to Defendant's motion for attorney fees.  Plaintiff's reply is due November 21, 2006 and Plaintiff requests that the date of opposition be due no later than November 27, 2006.  Plaintiff has contacted counsel for the defendant and Mr. Goad is unopposed to the extension of time.

Dated this 13th day of November, 2006.        Respectfully submitted,

s/ Meg K. Allison_____
Meg K. Allison, (0511091)
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000

mallison@dlcak.org  
Attorney for Plaintiff

Certificate of Service

I hereby certify that on the 13th day of November 2006, a true and correct copy of this document was served electronically on:

Ray Goad
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

_s/ Meg K. Allison_____
Meg K. Allison