Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
|     Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
|     Defendant(s) | ) | |
| | ) | |

### [PROPOSED] ORDER

The Plaintiffs' motion for Extension of Time is GRANTED. Plaintiff's opposition to ASD's motion for attorney fees is due no later than November 27, 2006

Dated this ___ day of November 2006.

 

_____
Judge Burgess
U.S. District Court Judge