Meg K. Allison, Esq. (0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
mallison@dlcak.org
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| C.W. et al. | ) | |
|       Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| Vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
|       Defendant(s) | ) | |
| | ) | |

### Affidavit in Support of Motion for Extension of Time

I, Meg K. Allison, state as follows:

1. Plaintiff's opposition to defendant's motion for attorney fees is due on November 21, 2006.

2. The Plaintiff has consulted with opposing counsel and there is no objection by the Defendant. A true and correct copy of that communication is attached as Ex. A.

3. The Plaintiff has exercised due diligence in complying with the Court's deadline and the motion will be filed no later than November 27, 2006.

Further affiant saith not.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002    Fax 907-565-1000
1-800-478-1234

Done this 13th day of November, 2006.

_Meg K. Allison_
Meg K. Allison

Subscribed and sworn to me this
13th day of November, 2006



_Notary Public_

Certificate of Service

I hereby certify that on the 12th day of September 2006, a true and correct copy of this document was served electronically on:

Ray Goad
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Meg K. Allison
Meg K. Allison

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234