-----Original Message-----
From: Ray Goad [mailto:rgoad@jdolaw.com]
Sent: Monday, November 13, 2006 9:27 AM
To: Meg Allison
Subject: RE: CW


Hi Meg:

No, I would not oppose an extension to 11/27 for your opposition to the motion for fees.  Let me know if you wish to accomplish this by stipulation or unopposed motion.

Thanks.

Ray

-----Original Message-----
From: Meg Allison [mailto:mallison@dlcak.org]
Sent: Monday, November 13, 2006 9:31 AM
To: Ray Goad
Subject: CW

Hi Ray:

Would you oppose an extension to my filing our opposition to your motion for attorney fees?  I could have it filed no later than 11/27.

Please let me know.

Thanks -
Meg