Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF ALASKA**

| | | |
|---|---|---|
| C.W. et al. | ) | |
| Plaintiff(s) | ) | Case No. A06-009 CV (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| Anchorage School District | ) | |
| Defendant(s) | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on November 27, 2006, a true and correct copy of Plaintiff's Opposition to Motion for Attorney Fees in this proceeding was served electronically on the following:

Ray Goad
Jermaine, Dunnagan, & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503

    s/ Meg K.Allison
Meg K. Allison (AK BAR NO. 0511091)
The Disability Law Center of Alaska
3330 Arctic Blvd., Suite 220
Anchorage, AK 99503
907-565-1002
907-565-1000 Fax
mallison@dlcak.org