Dated November 27, 2006.

Respectfully submitted,

/s Meg K. Allison
Meg K. Allison (AK Bar No. 0511091)
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503
907.565.1002
907.565.1000 facsimile
mallison@dlcak.org
Attorney for Plaintiff