Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| C.W., by and through his guardian, J.M., </br></br>　　　　Plaintiffs </br></br> vs. </br></br> ANCHORAGE SCHOOL DISTRICT, </br></br>　　　　Defendant | </br></br></br></br></br></br></br></br></br> Case No. 3:06-cv-00009-TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, by and through counsel, moves for an extension of time for Defendant to file its Reply to Opposition to Motion for Attorney's Fees until December 13, 2006.

The undersigned has been authorized by Plaintiffs' counsel, Megan Allison, to represent that the Plaintiffs do not oppose this motion.

DATED at Anchorage, Alaska this 6th day of December, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendant


By:   s/Raymond E. Goad. Jr.
      ABA No. 0111062
      Jermain, Dunnagan & Owens
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844
      (907) 563-7322
      rgoad@jdolaw.com


**CERTIFICATE OF SERVICE**
This is to certify that a true and correct
copy of the foregoing was served electronically
this 6th day of December, 2006, to the following:

Megan Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503


By:     Raymond Goad