Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Counsel for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| C.W., by and through his guardian, J.M., <br><br> Plaintiffs <br><br> vs. <br><br> ANCHORAGE SCHOOL DISTRICT, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00009-TMB |

**<u>ORDER</u>**

Having considered Defendants' unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED and Defendant may have until December 13, 2006, to file its Reply to Opposition to Motion for Attorney's Fees.

DATED this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

{00128105}

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the foregoing was served electronically this 6th day of December, 2006, to the following:

Megan Allison
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503


By:     Raymond Goad