SONJA D. KERR (AK BAR NO. 0409051)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (800) 478-1234/907-565-1002
Email: akpa@dlcak.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| N.S. by and through his parents, J.S. and R.S., | Case No. _____ |
| v. | |
| Anchorage School District, Defendants | |

Comes now, Sonja D. Kerr and being first duly sworn, deposes and states as follows:

1. I am counsel of record in this matter, and am admitted to the Bar of this Court and the State Bar of Alaska as of September, 2004. Prior to that I had been admitted to a number of courts and jurisdictions. I an attorney experienced in special education and disability matters, having practiced in this area since the 1988-1989 school year.

2. Ex. A – D are true and correct copies of the administrative decisions in this case and reflect that N.S. is the prevailing party.

3. The fees in this matter, referenced at Ex. E are $12, 024.90. My hourly rate is $225.00, reflective of my nearly 17 years of experience practicing special education law in various jurisdictions. The total hours reflected on the bill are 57.50 hours which is a reasonable amount of time given the nature and

EXHIBIT C
Page 1 of 2

complexity of this case. DLC did not charge costs such as courier, copying, or faxing.

4. I have diligently attempted to resolve this fees dispute without the necessity of additional litigation as reflected in Ex. F, G, H, and I.

Further, affiant saith not.

Dated this 27th day of July, 2005.

*Sonja D. K—*
Sonja D. Kerr, #0409051

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234

EXHIBIT C
Page 2 of 2