**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  C.W., et al.  </u>   v.   <u>  ANCHORAGE SCHOOL DISTRICT  </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO.  <u> 3:06-cv-00009-TMB </u>

<u> Pam Richter  </u>

| | |
|---|---|
| PROCEEDINGS: **CLERK'S NOTICE** | DATE: July 8, 2008 |

RETURN OF ADMINISTRATIVE RECORD

The following Administrative Record, lodged on <u>October 6, 2006,</u> in the above referenced case, is hereby returned to the attorney of record for <u>Plaintiffs</u>.

[]{ADMINRET.WPD*Rev.12/96}